IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAN ALLEN, BOBBY WATKINS and ALBERTA LEE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case Nos.: 1:12-cv-00496—CG-M |
| CITY OF EVERGREEN, ALABAMA; PETE WOLFF, III, Mayor of the City of Evergreen, Alabama; LUTHER UPTON, DIANE SKIPPER, JOHN SKINNER, JR., VIVIAN FOUNTAIN, and MAXINE HARRIS Council Members of the City of Evergreen, Alabama; BECKY B. ROBINSON, City Clerk for the City of Evergreen, Alabama | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **PROPOSED ORDER**

Upon consideration of the Motion of the Plaintiffs for Entry of a Court-Ordered Redistricting Plan and Election Schedule, and the Brief of Points and Authorities in support thereof, the Motion is hereby GRANTED.

This Order is not a final ruling on the merits of the multiple claims asserted by the Plaintiffs in this case. Rather, this plan represents a preliminary determinations that the merits of the Section 5 claims presented in this case and application of the "not insubstantial" standard established by the Supreme Court's decision in *Perry v. Perez,* 132 S.Ct. 934, 942 (2012).

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED that:

The Court adopts as the plan for the districts used to elect members of the Evergreen City Council according to the schedule set forth herein. A map showing the council districts along

1

with a textual description in terms of census geography for each district and the statistical data for the plan is attached hand incorporated herein.

DONE and ORDERED this the ___ day of December, 2012.

\

_____
UNITED STATES CIRCUIT JUDGE


_____
UNITED STATES DISTRICT JUDGE


_____
UNITED STATES DISTRICT JUDGE