Plaintiff's Exhibit List in Support of Motion

| | |
|---|---|
| Attachment A | Plantiffs' Plan |
| Exhibit 1 | Defendants Submission (June 13, 2012) |
| Exhibit 2 | DOJ Letter (August 10, 2012) |
| Exhibit 3 | Census 2000-City of Evergreen |
| Exhibit 4 | Jerome Gray Declaration (Attachment: 2 maps) |
| Exhibit 5 | Jerome Gray Declaration (Attachment: 14 pages city election returns) |
| Exhibit 6 | Jerome Gray Declaration |
| Exhibit 7 | Jerome Gray Declaration |
| Exhibit 8 | Jerome Gray Declaration |
| Exhibit 9 | Jerome Gray Declaration (summary of general elections returns county/state) |
| Exhibit 10 | DOJ Letter (J. B. Nix, Jr., Esq.) September 14, 1981 |
| Exhibit 12 | DOJ Letter (Robert F. Kendall, Esq.) July 26, 1982 |
| Exhibit 13 | DOJ Letter (Mr. W. Bernard Welborn) June 5, 1992 |
| Exhibit 14 | DOJ Letter (Mr. W. Bernard Welborn) July 6, 1993 |
| Exhibit 15 | DOJ Letter (Nicholas H. Cobbs, Jr. Esq.) December 4, 1992 |
| Exhibit 16 | DOJ Letter (Nicholas H. Cobbs, Jr. Esq.) January 3, 1994 |
| Exhibit 17 | Census (4 page document: Selected Social Characteristics City of Evergreen) |
| Exhibit 18 | Census (4 page document: Mean Income in the past 12 months City of Evergreen) |
| Exhibit 19 | DOJ Letter (Phillip Henry Pitts, Esq.) November 12, 1992 |
| Exhibit 20 | DOJ Letter (Cartledge E. Blackwell, Jr. Esq.) June 2, 1986 |