PLAINTIFF'S
EXHIBIT
5
tabbies

## Declaration of Jerome A. Gray

### December 7, 2012

I, Jerome Gray, am a black resident and registered voter of the City of Evergreen. I am 74 years old. I served as State Field director of the Alabama Democratic Conference from 1977 to 2006. In that capacity I gained substantial experience and expertise in monitoring the results of state and local elections in Alabama, including the gathering and reviewing of election returns.

The attached information contains the certified election returns for the Evergreen Municipal elections in 2004 and 2008 which I obtained from the City Clerk, Ms. Becky Robinson.

The persons known by me to have been black candidates for mayor and in District 1 in the City of Evergreen in 2004 and 2008 include:

2004: Mayor-Larry W. Fluker and Alex Johnson

2004: City Council District 1 – Warrick Maye

2008: Mayor-Larry W. Fluker

2008: City Council District 1 – Warrick Maye

All other candidates for these offices were white persons.

I swear under penalty and perjury that the foregoing statement is true and accurate to the best of my knowledge and belief.

Jerome A. Gray

Signed by

Resolution No. 09022008

WHEREAS, the general election for the City of Evergreen was duly and legally held on August 26, 2008, as provided by law, and

WHEREAS, the municipal governing body of the City of Evergreen met on this 2nd day of September 2008, all members thereof being present or a quorum thereof being present, at 11:00 o'clock a.m., and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said municipal governing body has ascertained and determined the result of said election as follows:

### Mayor's Race

| Candidate | Dist 1 | Dist 2 | Dist 3 | Dist 4 | Dist 5 | Absentee | Total |
|---|---|---|---|---|---|---|---|
| Larry Fluker | 115 | 74 | 100 | 192 | 221 | 60 | 762 |
| Gerald Salter | 15 | 31 | 36 | 11 | 3 | 5 | 101 |
| Pete Wolff lll | 135 | 217 | 219 | 37 | 65 | 18 | 691 |

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Evergreen, Alabama, as follows:

That no candidate received a majority of the votes cast for the office of Mayor, and that Larry W. Fluker and Pete Wolff lll received the most and second most votes cast for that office, therefore a runoff election between said candidates is hereby ordered to be held on Tuesday, October 7, 2008, pursuant to the requirements of Section 11-46-20 et seq., of the Alabama Code of 1975, as amended.

### Council District One

| Candidate | Dist 1 | Absentee | Total |
|---|---|---|---|
| Homer Chavers | 87 | 4 | 91 |
| Warrick E. Maye | 61 | 7 | 68 |
| John Skinner Jr. | 113 | 4 | 117 |

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Evergreen, Alabama, as follows:

That no candidate received a majority of the votes cast for the office of Council District One, and that Homer Chavers and John Skinner Jr. received the most and second most votes cast for that office, therefore a runoff election between said candidates is hereby ordered to be held on Tuesday, October 7, 2008, pursuant to the requirements of Section 11-46-20 et seq., of the Alabama Code of 1975, as amended.

## Council District Two

| Candidate | Dist 2 | Absentee | Total |
|---|---|---|---|
| Diane F. Skipper | 187 | 5 | 192 |
| Jonathan Smith | 132 | 4 | 136 |

**NOW THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama, as follows:

That Diane F. Skipper received a majority of the votes cast for the office Council District Two and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

## Council District Three

| Candidate | Dist 3 | Absentee | Total |
|---|---|---|---|
| Joye S. Fordham | 110 | 7 | 117 |
| Nathan D. Strong | 33 | 0 | 33 |
| Luther Upton | 209 | 7 | 216 |

**NOW THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama as follows:

That Luther Upton received a majority of the votes cast for the office Council District Three and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

## Council District Four

| Candidate | Dist 4 | Absentee | Total |
|---|---|---|---|
| Vivian Rogers Fountain | 98 | 12 | 110 |
| Jennifer (Toni) Rabb | 60 | 9 | 69 |
| Helen C. Wiggins | 83 | 2 | 85 |

**NOW THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama as follows:

That no candidate received a majority of the votes cast for the office Council District Four, and that Vivian Rogers Fountain and Helen C. Wiggins received the most and second most votes cast for that office, therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, October 7, 2008, pursuant to the requirements of Section 11-46-20 et seq., of the Alabama Code of 1975, as amended.

## Council District Five

| Candidate | Dist 5 | Absentee | Total |
|---|---|---|---|
| Maxine M. Harris | 195 | 16 | 211 |
| Gilbert L. Lowe | 89 | 5 | 94 |

**NOW THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama as follows:

That Maxine M. Harris, received a majority of the votes cast for the office of Council District Five and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

**ADOPTED THIS 2nd DAY OF SEPTEMBER , 2008**

_____
Larry W. Fluker, Mayor

_____
Maxine M. Harris, Councilmember

_____
Joye S. Fordham, Councilmember

_____
Homer Chavers

_____
Lynn Blackmon

_____
Tanisha Booker

Resolution No. 10142008

WHEREAS, the general runoff election for the City of Evergreen was duly and legally held on October 7, 2008, as provided by law, and

WHEREAS, the municipal governing body of the City of Evergreen met on this 14th day of October 2008, all members thereof being present or a quorum thereof being present, at 11:00 o'clock a.m., and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said municipal governing body has ascertained and determined the result of said election as follows:

### Mayor's Race

| Candidate | Dist 1 | Dist 2 | Dist 3 | Dist 4 | Dist 5 | Absentee | Prov. | Total |
|---|---|---|---|---|---|---|---|---|
| Larry Fluker | 155 | 95 | 127 | 237 | 265 | 144 (1023) | | |
| Pete Wolff lll | 183 | 276 | 273 | 53 | 86 | 154 (1025) | | |

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Evergreen, Alabama, as follows:

That_____ received a majority of the votes cast for the office of Mayor and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

### Council District One

| Candidate | Dist 1 | Absentee | Prov | Total |
|---|---|---|---|---|
| Homer Chavers | 120 | 24(144) | | |
| John Skinner Jr. | 212 | 32(244) | | |

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Evergreen, Alabama, as follows:

That John Skinner Jr. received a majority of the votes cast for the office Council District One and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

## Council District Four

| Candidate | Dist 4 | Absentee | Prov | Total |
|---|---|---|---|---|
| Vivian Rogers Fountain | 182 | 35(217) | | |
| Helen C. Wiggins | 104 | 13(117) | | |

NOW THEREFORE, BE IT RESOLVED by the City Council of the City of Evergreen, Alabama as follows:

That Vivian Rogers Fountain, received a majority of the votes cast for the office of Council District Four and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

ADOPTED THIS 14th DAY OF OCTOBER , 2008

_____
Larry W. Fluker, Mayor

_____
Maxine M. Harris, Councilmember

_____
Joye S. Fordham, Councilmember

_____
Homer Chavers

_____
Lynn Blackmon

_____
Tanisha Booker

Minutes of <u>Evergreen City Council</u>     Meeting <u>October 14, 2008</u>     Sheet No. <u>1</u>

The City Council of the City of Evergreen met in regular session at 11:00 a.m., Tuesday, October 14, 2008, in the City Hall.

Mayor Fluker called the meeting to order, welcomed the visitors and asked Reverend Willie H Merrill, Pastor of the New Beulah Missionary Baptist Church if he would open the meeting with prayer.

After the invocation, the roll was called and the following were found to be present:

Mayor:                          Larry W. Fluker
Councilmembers:                 Joye Fordham
                                Homer Chavers
                                Lynn Blackmon
                                Tanisha Booker

Members absent:  Maxine Harris

Mayor Fluker recognized a quorum and opened the meeting for the transaction of business.

Mayor Fluker presented the Agenda to the Councilmembers and asked if there were any additions or deletions:

* * * Agenda * * *

Councilmember Fordham moved to approve the Agenda. Councilmember Chavers seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

Mayor Fluker advised the first order of business is to Canvass the Results of the Election. He asked the Council to consider a 15 minute break between the canvassing of the results and the rest of the meeting in order for everyone to assemble in front of the City Hall for a brief time of statements. The Council was in agreement.

Mayor Fluker turned over the canvassing of the results of the election to City Attorney, Terry Davis. Attorney Davis went over the procedures for the provisional ballots that were cast in the October 7, 2008 election. Attorney Davis first opened the two big envelopes received from the Board of Registrars. One envelope contained the information concerning the provisional absentee ballots. Attorney Davis read the statement from the Board of Registrars concerning the absentee provisional ballots. The Board certified four of the five provisional ballots as being certified to be opened and counted. Attorney Davis then opened the other envelope from the

Minutes of ___Evergreen City Council___ **Meeting** ___October 14, 2008___          **Sheet No.** 2

Board of Registrars which contained the provisional ballots from the polls. The Board of Registrars certified 4 of the 5 as being certified to be opened and counted. Attorney Davis then took the 2 ballots not certified and separated them from the ballots to be opened and counted. Attorney Davis explained that on the absentee ballots the affidavit envelope had to be executed properly to be valid. The voter had to fill it out, check the reason they were voting absentee and sign the affidavit and then have it notarized or witnessed by two people. He then proceeded to check the execution of the affidavit envelopes in the presence of both a poll watcher from Mayor Fluker and one from Mr. Pete Wolff lll. One envelope was found not to be witnessed or notarized and Attorney Davis announced it could not be counted. One envelope had no reason checked as to why the individual voted absentee and Attorney Davis announced it could not be counted. He then removed the ballot envelope from the remaining two absentee provisional ballots and placed them with the remaining four ballots to be counted. Attorney Davis then called out the vote for each of the six ballots. In the Mayoral race there were five votes cast for Larry W. Fluker and one vote cast for Pete Wolff lll. In the Council District One race there was one vote cast for Homer Chavers. Attorney Davis asked the City Clerk if she would read the results tallied with the votes from the Tuesday, October 7, 2008, runoff election. The Clerk announced that Larry W. Fluker had received 1023 votes in the October 7, 2008 runoff election and had 5 provisional ballot votes for a total of 1028. Pete Wolff lll had received 1025 votes in the Tuesday, October 7, 2008 runoff election and had 1 provisional ballot vote for a total of 1026. Homer Chavers had received 144 votes in the October 7, 2008 runoff election and had 1 provisional ballot vote for a total of 145. Mayor Fluker then presented Resolution No. 10142008, Canvas of Runoff Election returns from the October 7, 2008, Evergreen Municipal Runoff Election.

* * * Canvas of Runoff Election Resolution No. 10142008 * * *

Councilmember Blackmon moved to adopt Resolution No. 10142008. Councilmember Chavers seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

Mayor Fluker advised the Council that in the Mayor's race, Larry W. Fluker received the majority of votes and that such candidate should serve in the position of Mayor beginning the first Monday in November 2008 and that such candidate should be issued a Certificate of Election. Councilmember Chavers moved to issue a Certificate of Election to Larry W. Fluker. Councilmember Blackmon seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

Mayor Fluker advised the Council that in District One, John Skinner Jr. had received the majority of votes and that such candidate should serve in the position of Councilmember District One beginning the first Monday in November 2008 and that such candidate should be issued a Certificate of Election. Councilmember Chavers moved to issue a Certificate of Election to John

Minutes of <u>Evergreen City Council</u>   Meeting <u>October 14, 2008</u>                    Sheet No. 3

Skinner Jr. Councilmember Blackmon seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

Mayor Fluker advised the Council that in District Four, Vivian Rogers Fountain received the majority of votes and that such candidate should serve in the position of Councilmember District Four beginning the first Monday in November 2008 and that such candidate should be issued a Certificate of Election. Councilmember Fordham moved to issue a Certificate of Election to Vivian Rogers Fountain. Councilmember Booker seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

Mayor Fluker then asked for a recess of the Council at 11:38 a.m.

Mayor Fluker called the meeting back to order at 11:50 a.m.

Mayor Fluker stated he wanted to skip the Mayor's Report and Comments for this meeting.

Mayor Fluker asked the Councilmembers to review the Accounts Payable.

Mayor Fluker asked the Councilmembers if they all received a copy of the minutes of the September 16, 2008 regular meeting and if so was there a motion to approve the minutes. Councilmember Fordham moved to approve the minutes. Councilmember Chavers seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon and Mayor Fluker. Councilmember Booker abstained...

Mayor Fluker asked the Councilmembers if they all received a copy of the minutes of the October 2, 2008 Special meeting and if so was there a motion to approve the minutes. Councilmember Chavers moved to approve the minutes. Councilmember Fordham seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon and Mayor Fluker. Councilmember Booker abstained.

Councilmember Fordham gave a brief report on the Library Project. She advised that everything had been moved out of the Library into the old City Hall building and that the contractor is looking at a completion date of July 2009.

Mayor Fluker presented the September 2008 Payment by Vendor Report for signing and approval. Councilmember Booker moved to approve the September 2008 Payment by Vendor Report. Councilmember Fordham seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

Minutes of <u>Evergreen City Council</u>    Meeting <u>October 14, 2008</u>        Sheet No. <u>4</u>

Mayor Fluker presented the following travel expense to the Council for approval:

     Matthew Hartley-Bay Minette Sewer School – Sept 30, 2008 $20.11
     James Dukes-Bay Minette Sewer School-Sept 30, 2008 $8.75
     Brian Edwards-Bay Minette Sewer School-Sept 30, 2008 $8.75
     Carlos Stuart-Bay Minette Sewer School-Sept 30, 2008, $8.75
     Jonas Claiborne-Destin Fl, Electrical School-October 7-9 $19.72
     Jonas Claiborne-Destin Fl, Electrical School –October 7-9 $241.98 Lodging (Prepaid)

Councilmember Booker moved to approve the travel expense. Councilmember Fordham seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

     Mayor Fluker reminded the Council that Tuesday, October 21, 2008, is the next regular meeting date for the Council which would be one week from the present meeting. He asked if they wanted to get back on the regular schedule or move the meeting. The Council agreed to get back on the regular schedule and meet at 6:00 p.m. on October 21, 2008.

     There being no further business to come before the Council at this time, Councilmember Blackmon moved to adjourn at 12:03 p.m.

APPROVED:

Larry W. Fluker, Mayor

ATTEST:

Peggy W. Howell, City Clerk

Resolution No. 082404
Canvassing Election Results

WHEREAS, the general election for the City of Evergreen was duly and legally held on August 24, 2004, as provided by law, and

WHEREAS, the municipal governing body of the City of Evergreen met on this 24th day of August, 2004, all members thereof being present, or a quorum thereof being present, at 9:15 o'clock p.m., and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said municipal governing body has ascertained and determined the result of said election as follows:

Mayor's Race

| | Dist 1 | Dist 2 | Dist 3 | Dist 4 | Dist 5 | Absentee | | |
|---|---|---|---|---|---|---|---|---|
| Larry Fluker | 134 | 73 | 109 | 246 | 264 | 75 | = | 901 |
| Alex Johnson | 2 | 1 | 2 | 3 | 8 | | = | 16 |
| Zebbie Nix | 16 | 39 | 25 | 0 | 12 | 10 | = | 102 |
| Pete Wolff | 123 | 206 | 243 | 30 | 71 | 31 | = | 704 |

NOW THEREFORE BE IT RESOLVED by the City Council of Evergreen, Alabama, as follows:

That Larry Fluker received a majority of the votes cast for the office of Mayor, and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 2004.

Councilmember District One

| | | Absentee | | |
|---|---|---|---|---|
| Homer Chavers | 140 | 24 | = | 164 |
| Warrick Maye | 130 | 12 | = | 142 |

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Evergreen, Alabama, as follows:

That _Homer Chavers_ received a majority of the votes cast for the office of Councilmember, District One and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 2004.

### Councilmember District Three

|  |  | Absentee | Total |
|---|---|---|---|
| Joye Fordham | 124 | 12 | 136 |
| Harriet Hyde | 155 | 7 | 162 |
| Ruth Leonard | 39 |  | 39 |
| Barbara Sims | 60 |  | 60 |

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Evergreen, Alabama, as follows:

That no candidate received a majority of votes cast for the office of Councilmember District Three, and that _Harriet Hyde_ and _Joye Fordham_ received the most and second most votes cast for that office, therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 14, 2004, pursuant to the requirements of Section 11-46-20 et seq., of the Alabama Code of 1975, as amended.

ADOPTED THIS 24TH day of August, 2004.

_Lomax Cassady_
Lomax Cassady, Mayor

_Maxine Harris_
Maxine Harris

_Joye Fordham_
Joye Fordham

_Homer Chavers_
Homer Chavers

_Lynn Blackmon_
Lynn Blackmon

_Tanisha Booker_
Tanisha Booker

Minutes of Evergreen City Council   Meeting September 14, 2004   Sheet No. 1

The City Council of the City of Evergreen met in a special session at 8:10 p.m., September 14, 2004, in the City Hall.

Mayor Cassady called the meeting to order and the roll was called and the following were found to be present:

Mayor:                Lomax Cassady
Councilmembers:        Joye Fordham
                        Homer Chavers
                         Lynn Blackmon
                          Maxine Harris
Members absent:   None

Mayor Cassady declared a quorum present and opened the meeting for the transaction of business.

Mayor Cassady advised the Council that the purpose of this meeting was to canvas the results of the Evergreen Municipal Runoff Election, held Tuesday, September 14, 2004. Mayor Cassady presented Canvas of Election Resolution 091404.

* * * CANVAS OF ELECTION RESOLUTION 091404 * * *

Mayor Cassady stated that Joye Fordham had received the most votes for the District Three Council race. Councilmember Chavers moved to adopt Resolution 091404. Councilmember Blackmon seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, and Booker.

Mayor Cassady advised the Council that in District Three, Joye Fordham received the majority of votes and that such candidate should serve in the position of Councilmember District Three beginning the first Monday in October 2004 and that such candidate should be issued a Certificate of Election. Councilmember Blackmon moved to issue a Certificate of Election to Joye Fordham. Councilmember Chavers seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, and Booker.

There being no further business to come before the Council at this time, Councilmember Blackmon moved to adjourn at 8:15 p.m..

APPROVED: _____
            Lomax Cassady, Mayor

ATTEST: _____
          Peggy W. Howell, City Clerk

Minutes of  Evergreen City Council    Meeting   August 24, 2004                    Sheet No. 1

The City Council of the City of Evergreen met in a special session at 9:00 p.m., August 24, 2004, in the City Hall.

Mayor Cassady called the meeting to order and the roll was called and the following were found to be present:

Mayor:                Lomax Cassady
Councilmembers:          Maxine Harris
                        Joye Fordham
                       Homer Chavers
                        Lynn Blackmon
                        Tanisha Booker

Members absent:   None

Mayor Cassady declared a quorum present and opened the meeting for the transaction of business.

Mayor Cassady advised the  Council  that the purpose of this meeting was to canvas the results of the Evergreen General Municipal Election, held Tuesday, August 24, 2004.  Mayor Cassady presented and read Canvas of Election Resolution 082404.

* * * CANVAS OF ELECTION RESOLUTION 082404 * * *

Mayor Cassady advised the Council there would be a runoff election in District Three between Joye Fordham and Harriet Hyde.  Mayor Cassady stated that Homer Chavers had received the most votes for the District One Council race and that Larry Fluker had received the majority of votes in the Mayor's race and that there would not be a runoff for that position.  Councilmember Booker moved to adopt Resolution 082404.  Councilmember Harris seconded the motion.  Those voting in favor were Councilmembers Harris, Fordham, Chavers, Blackmon, and Booker.

Mayor Cassady advised the Council that in District One, Homer Chavers received the majority of votes and that such candidate should serve in the position of Councilmember District One beginning the first Monday  in October 2004 and that such candidate should be issued a Certificate of Election. Councilmember Booker moved to issue a Certificate of Election to Homer Chavers.  Councilmember Harris seconded the motion.  Those voting in favor were Councilmembers Harris, Fordham, Chavers, Blackmon, and Booker.