User: janay13
Plan: Evergreen City Council Option 7

**District Statistics Report**

Date: Mon Oct 29 12:46:38 GMT-0500 2012

Plan No.: 144403

PLAINTIFF'S EXHIBIT A  ATTACHMENT A  PENGAD 800-631-6989

| District No. | Target Population | Target Deviation | Target Deviation (%) | Total (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | All individuals who chose two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 789 | -2 | -0.25 | 787 (100.00%) | 257 (32.66%) | 516 (65.57%) | 0 (0.00%) | 2 (0.25%) | 0 (0.00%) | 8 (1.02%) | 4 (0.51%) |
| D2 | 789 | -1 | -0.13 | 788 (100.00%) | 511 (64.85%) | 243 (30.84%) | 3 (0.38%) | 3 (0.38%) | 0 (0.00%) | 25 (3.17%) | 3 (0.38%) |
| D3 | 789 | 0 | 0.00 | 789 (100.00%) | 439 (55.64%) | 332 (42.08%) | 2 (0.25%) | 4 (0.51%) | 0 (0.00%) | 8 (1.01%) | 4 (0.51%) |
| D4 | 789 | 1 | 0.13 | 790 (100.00%) | 93 (11.77%) | 683 (86.46%) | 0 (0.00%) | 0 (0.00%) | 0 (0.00%) | 2 (0.25%) | 12 (1.52%) |
| D5 | 789 | 1 | 0.13 | 790 (100.00%) | 73 (9.24%) | 688 (87.09%) | 1 (0.13%) | 0 (0.00%) | 0 (0.00%) | 24 (3.04%) | 4 (0.51%) |
| TOTAL | | | | | | | | | | | |

User: janay13
Plan: Evergreen City Council Option 7

Date: Mon Oct 29 12:42:33 GMT-0500 2012
Plan No.: 144403

# Population Summary Report

| District No. | TOTAL Population | Target Population | Target Deviation | Target Deviation (%) | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | All Individuals who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 787 | 789 | -2 | -0.25 | 257 | 516 | 0 | 2 | 0 | 8 | 4 |
| D2 | 788 | 789 | -1 | -0.13 | 511 | 243 | 3 | 3 | 0 | 25 | 3 |
| D3 | 789 | 789 | 0 | 0.00 | 439 | 332 | 2 | 4 | 0 | 8 | 4 |
| D4 | 790 | 789 | 1 | 0.13 | 93 | 683 | 0 | 0 | 0 | 2 | 4 |
| D5 | 790 | 789 | 1 | 0.13 | 73 | 688 | 1 | 0 | 0 | 24 | 12 |

TOTAL Population: 3,944

Mean Target Population: 789
Mean Deviation: 1
Mean Percent Deviation: 1
Largest Positive Deviation: 0.13
Largest Negative Deviation: 1
Overall Range in Deviation: -2
Overall Range in Deviation Percentage: 3

0.38

User: janay13
Plan: Evergreen City Council Option 7

# Population Summary Report

Date: Mon Oct 29 12:42:33 GMT-0500 2012
Plan No.: 144403

| District No. | TOTAL Population | Target Population | Target Deviation | Target Deviation (%) | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | All individuals who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 787 | 789 | -2 | -0.25 | 257 | 516 | 0 | 2 | 0 | 8 | 4 |
| D2 | 788 | 789 | -1 | -0.13 | 511 | 243 | 3 | 3 | 0 | 4 | 3 |
| D3 | 789 | 789 | 0 | 0.00 | 439 | 332 | 2 | 4 | 0 | 25 | 3 |
| D4 | 790 | 789 | 1 | 0.13 | 93 | 683 | 2 | 0 | 0 | 8 | 4 |
| D5 | 790 | 789 | 1 | 0.13 | 73 | 688 | 1 | 0 | 0 | 2 | 12 |
| TOTAL Population: | 3,944 | | | | | 688 | | | | 24 | 4 |

Mean Target Population: 789
Mean Deviation:
Mean Percent Deviation: 1
Largest Positive Deviation: 0.13 1
Largest Negative Deviation: -2
Overall Range in Deviation: 3
Overall Range in Deviation Percentage: 0.38

User: janay13
Plan: Evergreen City Council Option 7

Date: Mon Oct 29 12:46:38 GMT-0500 2012

Plan No.: 144403

# District Statistics Report

| District No. | Target Population | Target Deviation | Target Deviation (%) | Total (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | All individuals who chose two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 789 | -2 | -0.25 | 787 (100.00%) | 257 (32.66%) | 516 (65.57%) | 0 (0.00%) | 2 (0.25%) | 0 (0.00%) | 8 (1.02%) | 4 (0.51%) |
| D2 | 789 | -1 | -0.13 | 788 (100.00%) | 511 (64.85%) | 243 (30.84%) | 3 (0.38%) | 3 (0.38%) | 0 (0.00%) | 25 (3.17%) | 3 (0.38%) |
| D3 | 789 | 0 | 0.00 | 789 (100.00%) | 439 (55.64%) | 332 (42.08%) | 2 (0.25%) | 4 (0.51%) | 0 (0.00%) | 8 (1.01%) | 4 (0.51%) |
| D4 | 789 | 1 | 0.13 | 790 (100.00%) | 93 (11.77%) | 683 (86.46%) | 0 (0.00%) | 0 (0.00%) | 0 (0.00%) | 2 (0.25%) | 12 (1.52%) |
| D5 | 789 | 1 | 0.13 | 790 (100.00%) | 73 (9.24%) | 688 (87.09%) | 1 (0.13%) | 0 (0.00%) | 0 (0.00%) | 24 (3.04%) | 4 (0.51%) |
| TOTAL | | | | | | | | | | | |

User: janay13
Plan: Evergreen City Council Option 7

Date: Mon Oct 29 12:49:30 GMT-0500 2012
Plan No.: 144403

# District Statistics Report

| District No. | Target Population | Target Deviation | Target Deviation (%) | Total (%) | White18 (%) | Black18 (%) | American Indian18/Alaskan Native18 (%) | Asian18 (%) | Hawaiian or Other Pacific Islander18 (%) | Other18 (%) | All individuals over 18 who chose two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 789 | -2 | -0.25 | 787 (100.00%) | 214 (27.19%) | 337 (42.82%) | 0 (0.00%) | 2 (0.25%) | 0 (0.00%) | 8 (1.02%) | 1 (0.13%) |
| D2 | 789 | -1 | -0.13 | 788 (100.00%) | 420 (53.30%) | 175 (22.21%) | 3 (0.38%) | 3 (0.38%) | 0 (0.00%) | 17 (2.16%) | 3 (0.38%) |
| D3 | 789 | 0 | 0.00 | 789 (100.00%) | 359 (45.50%) | 220 (27.88%) | 2 (0.25%) | 4 (0.51%) | 0 (0.00%) | 7 (0.89%) | 2 (0.25%) |
| D4 | 789 | 1 | 0.13 | 790 (100.00%) | 80 (10.13%) | 434 (54.94%) | 0 (0.00%) | 0 (0.00%) | 0 (0.00%) | 2 (0.25%) | 7 (0.89%) |
| D5 | 789 | 1 | 0.13 | 790 (100.00%) | 63 (7.97%) | 427 (54.05%) | 1 (0.13%) | 0 (0.00%) | 0 (0.00%) | 18 (2.28%) | 1 (0.13%) |

User: janay13
Plan: Evergreen City Council Option 7

Date: Mon Oct 29 12:46:38 GMT-0500 2012

Plan No.: 144403

## District Statistics Report

| District No. | Target Population | Target Deviation | Target Deviation (%) | Total (%) | White (%) | Black (%) | American Indian/Alaska n Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | All individuals who chose two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | | | | | |
| D1 | 789 | -2 | -0.25 | 787 (100.00%) | 257 (32.66%) | 516 (65.57%) | 0 (0.00%) | 2 (0.25%) | 0 (0.00%) | 8 (1.02%) | 4 (0.51%) |
| D2 | 789 | -1 | -0.13 | 788 (100.00%) | 511 (64.85%) | 243 (30.84%) | 3 (0.38%) | 3 (0.38%) | 0 (0.00%) | 25 (3.17%) | 3 (0.38%) |
| D3 | 789 | 0 | 0.00 | 789 (100.00%) | 439 (55.64%) | 332 (42.08%) | 2 (0.25%) | 4 (0.51%) | 0 (0.00%) | 8 (1.01%) | 4 (0.51%) |
| D4 | 789 | 1 | 0.13 | 790 (100.00%) | 93 (11.77%) | 683 (86.46%) | 0 (0.00%) | 0 (0.00%) | 0 (0.00%) | 2 (0.25%) | 12 (1.52%) |
| D5 | 789 | 1 | 0.13 | 790 (100.00%) | 73 (9.24%) | 688 (87.09%) | 1 (0.13%) | 0 (0.00%) | 0 (0.00%) | 24 (3.04%) | 4 (0.51%) |

User: janay13
Plan: Evergreen City Council Option 7

Date: Mon Oct 29 12:46:38 GMT-0500 2012

Plan No.: 144403

# District Statistics Report

| District No. | Target Population | Target Deviation | Target Deviation (%) | Total (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | All individuals who chose two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 789 | -2 | -0.25 | 787 (100.00%) | 257 (32.66%) | 516 (65.57%) | 0 (0.00%) | 2 (0.25%) | 0 (0.00%) | 8 (1.02%) | 4 (0.51%) |
| D2 | 789 | -1 | -0.13 | 788 (100.00%) | 511 (64.85%) | 243 (30.84%) | 3 (0.38%) | 3 (0.38%) | 0 (0.00%) | 25 (3.17%) | 3 (0.38%) |
| D3 | 789 | 0 | 0.00 | 789 (100.00%) | 439 (55.64%) | 332 (42.08%) | 2 (0.25%) | 4 (0.51%) | 0 (0.00%) | 8 (1.01%) | 4 (0.51%) |
| D4 | 789 | 1 | 0.13 | 790 (100.00%) | 93 (11.77%) | 683 (86.46%) | 0 (0.00%) | 0 (0.00%) | 0 (0.00%) | 2 (0.25%) | 12 (1.52%) |
| D5 | 789 | 1 | 0.13 | 790 (100.00%) | 73 (9.24%) | 688 (87.09%) | 1 (0.13%) | 0 (0.00%) | 0 (0.00%) | 24 (3.04%) | 4 (0.51%) |

TOTAL

BillTextReportEvergreen7

Evergreen City Council Option 7

Date Created: 11/29/2012

District 1

District 1: Conecuh County: Tract 960400: Block Group 1: Block 33, Block 34, Block 35, Block 36, Block 37, Block 38, Block 74, Block 75, Block 76, Block 77, Block 82, Block 101; Block Group 2: Block 5, Block 6; Tract 960500: Block Group 1: Block 44, Block 45, Block 46, Block 55, Block 56, Block 60, Block 67, Block 68, Block 69, Block 73, Block 74, Block 75, Block 76, Block 77, Block 78, Block 79, Block 80, Block 88, Block 89, Block 90, Block 91, Block 92, Block 93, Block 94, Block 95, Block 96, Block 97, Block 98, Block 99; Block Group 2: Block 15, Block 17; Tract 960600: Block Group 3: Block 38, Block 39, Block 40, Block 41, Block 45, Block 46.

District 2

District 2: Conecuh County: Tract 960500: Block Group 1: Block 30, Block 31, Block 32, Block 33, Block 34, Block 35, Block 36, Block 37, Block 47, Block 48, Block 49, Block 50, Block 51, Block 52, Block 57, Block 58, Block 59, Block 61, Block 62, Block 63, Block 64, Block 65, Block 66; Block Group 2: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block 11, Block 12, Block 13, Block 14, Block 16, Block 18, Block 19, Block 26, Block 27, Block 28, Block 31, Block 32; Tract 960600: Block Group 1: Block 63.

District 3

District 3: Conecuh County: Tract 960500: Block Group 2: Block 10, Block 20, Block 21, Block 22, Block 25; Tract 960600: Block Group 1: Block 36, Block 39, Block 51, Block 52, Block 53, Block 54, Block 55, Block 56, Block 57, Block 58, Block 61, Block 62, Block 64, Block 65, Block 66, Block 69, Block 70, Block 71, Block 72, Block 73, Block 78, Block 79, Block 84; Block Group 3: Block 7, Block 10, Block 12, Block 13, Block 14, Block 15, Block 16, Block 17, Block 64, Block 88.

District 4

District 4: Conecuh County: Tract 960600: Block Group 3: Block 9, Block 11, Block 18, Block 19, Block 20, Block 21, Block 22, Block 23, Block 24, Block 25, Block 26, Block 27, Block 28, Block 29, Block 50, Block 51, Block 52, Block 53, Block 54, Block 55, Block 56, Block 57, Block 59, Block 60, Block 61, Block 62, Block 63, Block 73, Block 74, Block 85, Block 86, Block 87, Block 91.

District 5

District 5: Conecuh County: Tract 960500: Block Group 2: Block 23, Block 24, Block 29, Block 30, Block 33; Tract 960600: Block Group 1: Block 76, Block 77, Block 81, Block 82, Block 83; Block Group 3: Block 30, Block 31, Block 32, Block 33, Block 34, Block 35, Block 36, Block 37, Block 42, Block 43, Block 44, Block 47, Block 48, Block 49, Block 58, Block 89.



SECTION 5 SUBMISSION

NO. 2012-3542

**HARTLEY & HICKMAN, P.C.**
ATTORNEYS AT LAW
415 EAST COMMERCE STREET, SUITE 101
P. O. BOX 583
GREENVILLE, AL 36037

P. RICHARD HARTLEY
FRANK A. HICKMAN
WALTON W. HICKMAN

SENDERS EMAIL ADDRESSES:
hartley@hartleyhickman.com
hickman@hartleyhickman.com
walton@hartleyhickman.com

TELEPHONE: 334-382-6618
FACSIMILE: 334-382-5183

ORANGE BEACH OFFICE:
24821 Commercial Avenue Unit 5
Orange Beach, Alabama 36561
Telephone: 251-980-4529
Facsimile: 251-980-5689

PLEASE REPLY TO:  Greenville Office

June 13, 2012

**PLAINTIFF'S EXHIBIT**

_1_

Chief, Voting Section
Civil Rights division
Room 7254 – NWB
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530

Re:  **SUBMISSION UNDER SECTION5, VOTING RIGHTS ACT REDISTRICTING PLANS & ESTQABLISHMENT OF POLLING SITES FOR EVERGREEN, CONECUH COUNTY, ALABAMA**

Dear Sir:

This submission is being made pursuant to Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973c and requests pre-clearance by the Department of Justice for redistricting plans based on the 2010 Census in the City of Evergreen, Conecuh County, Alabama.  With respect to these changes, the Evergreen City Council adopted at its Regular City council Meeting on May 15, 2012 Ordinance 2012-051501 establishing the polling place for each council district.

I.  <u>ENACTMENTS REQUIRING PRECLEARANCE</u>

    A.  City Ordinance No. 2012-051201:  The Ordinance adopted is attached hereto as Exhibit "A".

Chief, Voting Section                                    June 13, 2012
Civil Rights Division
U. S. Department of Justice
Re:   *Submission Under Section 5 of the Voting Rights*
      *City of Evergreen, Conecuh County, Alabama*

II.   THE SUBMISSION:

A.    Exhibit "A" – City Ordinance No. 2012-051501 – *Redistricting Plan*

B.    The CONTACT person making this submission is:

      P. Richard Hartley
      City Attorney
      Post Office Box 583
      Greenville, AL 36037-0583
      Phone:  (334) 382-6618
      FAX:    (334) 382-5183
      Email: hartley@hartleyhickman.com

C.    The submitting authority and jurisdiction responsible for the changes are
      as follows:

            The City of Evergreen
            860 West Front Street
            Evergreen, Alabama   36401

D.    The submission is from a municipal corporation located in Conecuh
      County, Alabama and existing under the laws of the State of Alabama.

E.    The Evergreen City Council approved the submitted changes with
      adoption of ordinances by official act during a regular city council meeting.

F.    The adoption of said ordinances was enacted to comply with law set forth
      by the U.S. Department of Justice, Section 5 of the Voting Rights Act, as
      Amended, 42 U.S.C. 1973c.

G.    The ordinances were adopted by the City Council on May 15, 2012.

H.    The change will become effective immediately upon the pre-clearance of
      the Ordinances by the Department of Justice.

Chief, Voting Section                                                June 13, 2012
Civil Rights Division
U. S. Department of Justice
Re:   Submission Under Section 5 of the Voting Rights
      City of Evergreen, Conecuh County, Alabama

I.      The redistricting plan has not yet been enforced pending preclearance by
        the Department of Justice.  The City anticipates that preclearance will be
        granted so the changes may be implemented for the August 28, 2012
        municipal election.

J.      The proposed changes will affect less than the entire jurisdiction as only
        portions of each district will be affected by the redefined district lines.

K.      Redistricting plans are being submitted with minimal changes reflected in
        the results of the 2010 Census.   The City's 2000 Census population
        calculated the City's population at 3,630, while the 2010 Census revealed
        a population of 3,944.  No polling site changes were necessary as a result
        of the realignment of District lines.

L.      This request is no way changes the ability of race or language minority
        groups to elect representation of their choice.  Black citizens of the City
        will continue to have the opportunity to secure election to the City Council.

M.      Maps and demographic information outlining the proposed changes are
        submitted herewith as further explanation of the submission.

Any additional information required for your consideration of this submission will be
provided at your request.   Inquiries should be directed to P. Richard Hartley, City
Attorney, by phone at (334) 382-6618 or by email at hartley@hartleyhickman.com.

Respectfully submitted,


P. Richard Hartley, City Attorney

PRH/cmf

Enclosures:  as stated

## ORDINANCE 2012-051501

**AN ORDINANCE AMENDING THE CODE OF ORDINANCES OF THE CITY OF EVERGREEN ALABAMA TO ALTER AND ALIGN THE COUNCIL DISTRICT LINES BASED ON THE 2010 CENSUS PROVIDING FOR NEAR EQUAL POPULATION IN EACH DISTRICT AS REQUIRED BY THE ONE-MAN-ONE-VOTE LAW.**

**BE IT ORDAINED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF EVERGREEN, ALABAMA** that the U.S. Census Report for 2010 has been issued setting the need for alteration of district lines in the City of Evergreen and this Ordinance shall establish said district lines submission to the U.S. Department of Justice Civil Rights Division pursuant to Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C § 1973c as follows:

**Section 1. The Code of Ordinance of the City of Evergreen, Alabama, Chapter 2, ADMINISTRATION; ARTICLE III, COUNCIL; SECTION 2-62, SAME (DISTRICTS) – DESCRIBED shall be deleted in its entirety and substituted with the following.**

(A) **DISTRICT No. 1** Shall include all that part of the City of Evergreen which lies along and within the area enclosed by a line described as follows or which runs along and is bounded by the centerline of the following highways, roads, streets, avenues and or alleyways.

Begin at the point where the western boundary of municipal limit intersects Liberty Hill Drive then east along the south right of way of Liberty Hill Drive until intersecting with Wild Avenue, thence south along the west right of way of Wild Avenue until intersecting with Rural Street, thence west along the south right of way of Rural Street until intersecting with Cooper Street, thence south along the west right of way of Cooper Street until intersecting with West Front Street, thence south along the western right of way of West Front Street until intersecting with Bellville Street, thence east along the south right of way of Bellville Street until intersecting with CSX Rail Line, thence south along the west right of way of CSX Rail Line until intersecting with Southern boundary of municipal limit, thence running west along the northern edge of south boundary of municipal limit until intersecting with western boundary of inset of municipal limit, thence running north along the east right of way of inset of municipal limit until intersecting with the north boundary of inset of municipal limit, thence west along the northern edge of inset of municipal limit until intersecting with the western boundary of inset of municipal limit, thence south along the western edge of inset of municipal limit until intersecting with the southern boundary of municipal limit, thence running west along the north edge of the southern boundary of municipal limit until intersecting with I-65, thence north along the east right of way of I-65 until intersecting with western boundary of municipal limit, thence north along the eastern edge of western boundary of municipal limit until intersecting with Liberty Hill Drive.

(B) **DISTRICT No. 2** Shall include all that part of the City of Evergreen which lies along and within the area enclosed by a line described as follows or which runs along



and is bounded by the centerline of the following highways, roads, streets, avenues and or alleyways.

Begin at point where Liberty Hill Drive intersects west boundary of municipal limit thence north along the eastern edge of western boundary until intersecting the northern boundary of municipal limit, thence east along the southern edge of the northern boundary of municipal limit until intersecting CSX Rail Line, thence south along the west right of way of CSX Rail Line until intersecting with McMillan Street, thence east along the south right of way of McMillan Street until intersecting with East Front Street, thence south along the west right of way of East Front Street until intersecting with Dr. Martin Luther King Drive, thence running east along the south right of way of Dr. Martin Luther King Drive until intersecting Desplous Street, thence running south along the west right of way of Desplous Street until intersecting with Mill Street, thence running east along the west right of way of Mill Street until intersecting with Bellville Street, thence running west along the north right of way of Bellville Street until intersecting with Magnolia Avenue, thence south along the west right of way of Magnolia Avenue until intersecting with Stella Street, thence west along the north right of way of Stella Street until intersecting with Pecan Street, thence north along the east right of way of Pecan Street until intersecting with Bellville Street, thence west along the north right of way of Bellville Street until intersecting with West Front Street, thence north along the east right of way of West Front Street until intersecting with Cooper Street, thence north along the east right of way of Cooper Street until intersecting with Rural Street, thence west along the north right of way of Rural Street until intersecting Wild Avenue, thence north along the east right of way of Wild Avenue until intersecting with Liberty Hill Drive, thence west along the north right of way of Liberty Hill Drive until intersecting with Western boundary of municipal limit.

(C)    **DISTRICT No. 3** Shall include all that part of the City of Evergreen which lies along and within the area enclosed by a line described as follows or which runs along and is bounded by the centerline of the following highways, roads, streets, avenues and or alleyways.

Begin at the point where CSX Rail line intersects Mcmillan Street, thence north along the east right of way of CSX Rail line until intersecting  North boundary of Municipal Limit, thence east along the south right of way of the North boundary of the municipal limit until intersecting the eastern boundary of municipal limit, thence south along the western boundary of municipal limit until intersecting with Brooklyn Road also known as South main Street, thence west along the north right of way of Brooklyn Road also known as South Main Street until intersecting with Dr. Martin Luther King Drive, thence west along the north right of way of Dr. Martin Luther King Drive until intersecting with East Front Street, and thence north along the east right of way of E. Front Street until intersecting with McMillan Street, thence west along the northern right of way of McMillan Street until intersecting CSX Rail line.

(D)    **DISTRICT No. 4** Shall include all that part of the City of Evergreen which lies along and within the area enclosed by a line described as follows or which runs along and is bounded by the centerline of the following highways, roads, streets, avenues and or alleyways.

Begin at the point where Bruner Avenue intersects Bellville Street, thence north along the west right of way of Bellville Street until intersecting Desplous Street, thence north along the west right of way of Desplous Street until intersecting Dr. MLK Drive, thence east along the south right of way of Dr. MLK Drive until intersecting South Main Street, thence south along the west right of way of South Main Street until intersecting the eastern boundary of municipal limit until intersecting southern boundary of municipal limit, thence west along the north edge of the southern municipal limit until intersecting Bruner Avenue, thence north along the east right of way of Bruner Avenue until intersecting with Bellville St.

     (E)     **DISTRICT No. 5** Shall include all that part of the City of Evergreen which lies along and within the area enclosed by a line described as follows or which runs along and is bounded by the centerline of the following highways, roads, streets, avenues and or alleyways.

Begin at the point where Oil Street intersects Bellville Street and run East along the south side of Bellville St. until intersecting with Pecan St. thence running south along the west right of way of Pecan Street until intersecting with Stella Street, thence running east along the south right of way of Stella Street until intersecting with Magnolia Avenue thence running North along the east right of way of Magnolia Avenue until intersecting with Belleville St. thence running East along the south right of way of Belleville St. until intersecting with Bruner Ave, thence running south along the east right of way of Bruner Ave until intersecting with Southern boundary of Municipal limits, thence running west along the north right of way of southern boundary of municipal limits until intersecting with CSX rail line, thence running north along the east right of way of CSX Rail Line until intersecting with Bellville Street.

**Section 2.** This Ordinance shall take effect immediately upon its adoption, approval and subsequent publication as is provided by law with said district descriptions to be submitted to the U.S. Department of Justice for approval.

**ADOPTED AND APPROVED THIS** _15_ day of MAY, 2012.

Pete Wolff, III, Mayor

ATTEST:

Becky Robinson, City Clerk - Treasurer



# CITY OF EVERGREEN PROPOSED DISTRICTS



User: SCADC1
Plan: Evergreen Existing

Date: Thu Apr 19 16:44:21 GMT-0500 2012
Plan No.: 137207

## Population Summary Report

| District No. | TOTAL Population | Target Population | Target Deviation | Target Deviation (%) | Non-Hispanic white | Hispanic | Non-Hispanic black | Non-Hispanic Asian | Non-Hispanic Hawaiian or Other Pacific Islander | Non-Hispanic some other race |
|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 764 | 789 | -25 | -3.17 | 297 | 36 | 425 | 4 | 0 | 0 |
| D2 | 789 | 789 | 0 | 0.00 | 492 | 15 | 277 | 3 | 0 | 0 |
| D3 | 717 | 789 | -72 | -9.13 | 395 | 6 | 308 | 4 | 0 | 0 |
| D4 | 640 | 789 | -149 | -18.88 | 38 | 6 | 592 | 0 | 0 | 0 |
| D5 | 1,034 | 789 | 245 | 31.05 | 139 | 28 | 865 | 0 | 0 | 1 |

TOTAL Population: 3,944
Mean Target Population: 789
Mean Deviation: 98
Mean Percent Deviation: 12.45
Largest Positive Deviation: 245
Largest Negative Deviation: -149
Overall Range in Deviation: 394
Overall Range in Deviation Percentage: 49.94

User: SCADC1
Plan: Evergreen Existing

Date: Thu Apr 19 16:44:51 GMT-0500 2012
Plan No.: 137207

## VAP Summary Report

| District No. | Total | Total voting age | Non-Hispanic white voting age population | Non-Hispanic black voting age population | Hispanic voting age population | Non-Hispanic American Indian/ Alaskan Native voting age population | Non-Hispanic Asian voting age population | Non-Hispanic Hawaiian or Other Pacific Islander voting age population | Non-Hispanic some other race voting age population |
|---|---|---|---|---|---|---|---|---|---|
| D1 | 764 | 578 | 251 | 295 | 27 | 1 | 3 | 0 | 0 |
|  | 19.37% | 20.56% | 43.42% | 51.03% | 4.67% | 0.17% | 0.51% | 0.00% | 0.00% |
| D2 | 789 | 608 | 406 | 185 | 12 | 2 | 3 | 0 | 0 |
|  | 20.00% | 21.63% | 66.77% | 30.42% | 1.97% | 0.32% | 0.49% | 0.00% | 0.00% |
| D3 | 717 | 527 | 317 | 199 | 5 | 2 | 4 | 0 | 0 |
|  | 18.17% | 18.75% | 60.15% | 37.76% | 0.94% | 0.37% | 0.75% | 0.00% | 0.00% |
| D4 | 640 | 401 | 32 | 362 | 4 | 2 | 0 | 0 | 0 |
|  | 16.22% | 14.27% | 7.98% | 90.27% | 0.99% | 0.49% | 0.00% | 0.00% | 0.00% |
| D5 | 1,034 | 696 | 121 | 554 | 20 | 1 | 0 | 0 | 0 |
|  | 26.21% | 24.76% | 17.38% | 79.59% | 2.87% | 0.14% | 0.00% | 0.00% | 0.00% |
| TOTALS | 3,944 | 2,810 | 1,127 | 1,695 | 68 | 8 | 10 | 0 | 0 |

User: SCADC1
Plan: council approved plan #2

Date: Tue May 1 13:16:47 GMT-0500 2012

Plan No.: 222406

# All Districts Population Report

District No. **D1**

| | |
|---|---|
| Total Population | 764 |
| Total Population 18+ | 578 |
| Deviation | -25 |
| Dev. % | -3.17 |

| | Total Hispanic | Total Non-Hispanic | Non-Hispanic white | Non-Hispanic black | Non-Hispanic American Indian/ Alaskan Native | Non-Hispanic Asian | Non-Hispanic some other race |
|---|---|---|---|---|---|---|---|
| Total | 36 | 728 | 297 | 425 | 1 | 4 | 0 |
| Total% | 4.71 | 95.29 | 38.87 | 55.63 | 0.13 | 0.52 | 0.00 |
| Total18+ | 27 | 551 | 251 | 295 | 1 | 3 | 0 |
| Total18+% | 4.67 | 95.33 | 43.43 | 51.04 | 0.17 | 0.52 | 0.00 |

District No. **D2**

| | |
|---|---|
| Total Population | 798 |
| Total Population 18+ | 593 |
| Deviation | -21 |
| Dev. % | -2.66 |

| | Total Hispanic | Total Non-Hispanic | Non-Hispanic white | Non-Hispanic black | Non-Hispanic American Indian/ Alaskan Native | Non-Hispanic Asian | Non-Hispanic some other race |
|---|---|---|---|---|---|---|---|
| Total | 15 | 753 | 474 | 274 | 2 | 3 | 0 |
| Total% | 1.95 | 98.05 | 61.72 | 35.68 | 0.26 | 0.39 | 0.00 |
| Total18+ | 12 | 581 | 392 | 184 | 2 | 3 | 0 |
| Total18+% | 2.02 | 97.98 | 66.10 | 31.03 | 0.34 | 0.51 | 0.00 |

**District No. D3**

Total Population: 795
Total Population 18+: 583
Deviation: 6
Dev. %: 0.76

| | Total Hispanic | Total Non-Hispanic | Non-Hispanic white | Non-Hispanic black | Non-Hispanic American Indian/ Alaskan Native | Non-Hispanic Asian | Non-Hispanic some other race |
|---|---|---|---|---|---|---|---|
| Total | 6 | 789 | 417 | 364 | 2 | 4 | 0 |
| Total% | 0.75 | 99.25 | 52.45 | 45.79 | 0.25 | 0.50 | 0.00 |
| Total18+ | 5 | 578 | 335 | 237 | 2 | 4 | 0 |
| Total18+% | 0.86 | 99.14 | 57.46 | 40.65 | 0.34 | 0.69 | 0.00 |

**District No. D4**

Total Population: 778
Total Population 18+: 517
Deviation: -11
Dev. %: -1.39

| | Total Hispanic | Total Non-Hispanic | Non-Hispanic white | Non-Hispanic black | Non-Hispanic American Indian/ Alaskan Native | Non-Hispanic Asian | Non-Hispanic some other race |
|---|---|---|---|---|---|---|---|
| Total | 8 | 770 | 88 | 678 | 2 | 0 | 0 |
| Total% | 1.03 | 98.97 | 11.31 | 87.15 | 0.26 | 0.00 | 0.00 |
| Total18+ | 6 | 511 | 75 | 433 | 2 | 0 | 0 |
| Total18+% | 1.16 | 98.84 | 14.51 | 83.75 | 0.39 | 0.00 | 0.00 |

**District No. D5**

Total Population: 839
Total Population 18+: 539
Deviation: 50
Dev. %: 6.34

| | Total Hispanic | Total Non-Hispanic | Non-Hispanic white | Non-Hispanic black | Non-Hispanic American Indian/ Alaskan Native | Non-Hispanic Asian | Non-Hispanic some other race |
|---|---|---|---|---|---|---|---|
| Total | 26 | 813 | 85 | 726 | 1 | 0 | 1 |
| Total% | 3.10 | 96.90 | 10.13 | 86.53 | 0.12 | 0.00 | 0.12 |
| Total18+ | 18 | 521 | 74 | 446 | 1 | 0 | 0 |
| Total18+% | 3.34 | 96.66 | 13.73 | 82.75 | 0.19 | 0.00 | 0.00 |

User: SCADC1
Plan: council approved plan #2

Date: Tue May 1 13:17:06 GMT-0500 2012
Plan No.: 222406

# VAP Summary Report

| District No. | Total | Total voting age | Non-Hispanic white voting age population | Non-Hispanic black voting age population | Hispanic voting age population | Non-Hispanic American Indian/ Alaskan Native voting age population | Non-Hispanic Asian voting age population | Non-Hispanic Hawaiian or Other Pacific Islander voting age population | Non-Hispanic some other race voting age population |
|---|---|---|---|---|---|---|---|---|---|
| D1 | 764 | 578 | 251 | 295 | 27 | 1 | 3 | 0 | 0 |
|  | 19.37% | 20.56% | 43.42% | 51.03% | 4.67% | 0.17% | 0.51% | 0.00% | 0.00% |
| D2 | 768 | 593 | 392 | 184 | 12 | 2 | 3 | 0 | 0 |
|  | 19.47% | 21.10% | 66.10% | 31.02% | 2.02% | 0.33% | 0.50% | 0.00% | 0.00% |
| D3 | 795 | 583 | 335 | 237 | 5 | 2 | 4 | 0 | 0 |
|  | 20.15% | 20.74% | 57.46% | 40.65% | 0.85% | 0.34% | 0.68% | 0.00% | 0.00% |
| D4 | 778 | 517 | 75 | 433 | 6 | 2 | 0 | 0 | 0 |
|  | 19.72% | 18.39% | 14.50% | 83.75% | 1.16% | 0.38% | 0.00% | 0.00% | 0.00% |
| D5 | 839 | 539 | 74 | 446 | 18 | 1 | 0 | 0 | 0 |
|  | 21.27% | 19.18% | 13.72% | 82.74% | 3.33% | 0.18% | 0.00% | 0.00% | 0.00% |
| TOTALS | 3,944 | 2,810 | 1,127 | 1,595 | 68 | 8 | 10 | 0 | 0 |





PLAINTIFF'S
EXHIBIT
2

**U.S. Department of Justice**

Civil Rights Division

TCH:RSB:JBG:KG:par
DJ 166-012-3
2012-3542
2012-4228

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

August 10, 2012

P. Richard Hartley, Esq.
Hartley & Hickman
P.O. Box 583
Greenville, Alabama  36037

Dear Mr. Hartley:

This refers to the 2012 redistricting plan for the City of Evergreen in Conecuh County, Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c.  We received your submission on June 15, 2012; additional information was received through August 2, 2012.

Our analysis indicates that the information sent is insufficient to enable us to determine that the proposed change has neither the purpose nor will have the effect of denying or abridging the right to vote on account of race, color, or membership in a language minority group, as required under Section 5.  The following information is necessary so that we may complete our review of your submission:

1.  A description of the redistricting process, including;

   a.  the guidelines, policies, and procedures, existing in any format, used to devise the proposed plan, whether they were formally adopted by the city council, and the extent to which they were publicized;

   b.  a chronology of the city's redistricting process, including the dates of council meetings, public hearings, and meetings between the demographer and any city official, during which redistricting was discussed;

   c.  any formal or informal guidance or instructions, in addition to those identified in your response to Item 1a above, given to the demographer by the city council, the mayor, any council member(s), or municipal official, regarding the preparation of the proposed and alternative plans presented by a council member or the mayor;

   d.  all alternative plans, whether formal or informal, prepared by any individual and presented to, considered by, or relied upon by the demographer or city officials during the redistricting process, including any draft plans drawn in working sessions or meetings; and

e.  for each alternative plan identified in Item 1d, above, set forth the factual basis for the city's determination that the adopted plan better satisfies the city's redistricting guidelines.

2.  Copies of the following documents:

a.  notes, memoranda, summaries, minutes, tapes, and transcripts of all discussions, meetings, and hearings, whether formal or informal, concerning the redistricting process;

b.  all correspondence addressed to or received by officials or the demographer(s), including all guidance and/or suggestions provided to the city by the demographer(s) regarding applicable federal law, redistricting criteria, the proposed plan, and any alternative plans;

c.  reports, studies, analyses, summaries, or other documents or publications used in devising the adopted plan or any alternative plan(s);

d  a copy of a map and accompanying demographic statistics for all alternative plans, including any draft plans drawn in working sessions or meetings, presented to or considered by the city;

e.  copies of all newspaper articles, editorials, letters to the editor, and advertisements, as well as any other publicity regarding the redistricting process or public meetings for the redistricting process; and

f.  the names and daytime telephone numbers of the mayor and each member of the city council.

3.  Please provide election returns for all city council and mayoral elections, from 2004 until the present.  For each election, indicate:

a.  the office sought;

b.  each candidate's name and race; and

c.  the number of votes each candidate received.

4.  A description of the city's efforts, either formal or informal, to secure the views of city residents regarding the proposed plan.  Please include a description of any comments or suggestions received; the names, race, and daytime telephone numbers of the persons making any such comments or suggestions; and the city's response, if any.

The Attorney General has sixty days to consider a completed submission pursuant to Section 5.  This sixty-day review period will begin when we receive the information specified

above. *Procedures for the Administration of Section 5 of the Voting Rights Act of 1965*, 28 C.F.R. 51.37. However, if no response is received within sixty days of this request, the Attorney General may object to the proposed change consistent with the burden of proof placed upon the submitting authority. 28 C.F.R. 51.40 and 51.52(a) and (c).

During our review of the redistricting plan, we obtained information, confirmed in a conversation between our staff and City Clerk Becky Robinson on August 2, 2012, that the city has changed its method of preparing its list of eligible voters for the August 28, 2012, municipal election. According to our records, this change affecting voting has not been submitted to the United States District Court for the District of Columbia for judicial review or to the Attorney General for administrative review as required by Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. Thus, it is necessary that this change either be brought before that federal district court or submitted to the Attorney General for a determination that it has neither the purpose nor will have the effect of discriminating on account of race, color, or membership in a language minority group.

Changes that affect voting are legally unenforceable unless and until the appropriate Section 5 determination has been obtained. *Clark* v. *Roemer*, 500 U.S. 646 (1991); 28 C.F.R. 51.10.

Please inform us of the action(s) that the city intends to take to respond to the issues identified in this letter. If you have any questions concerning this letter or if we can assist you in obtaining the requested information, please call Kevin Grigsby (202-305-0024) of our staff. Refer to File No. 2012-3542 with respect to the redistricting plan and to File No. 2012-4228 with respect to the preparation of the list of eligible voters in any response to this letter so that your correspondence will be channeled properly.

Sincerely,

T. Christian Herren, Jr.
Chief, Voting Section



PLAINTIFF'S EXHIBIT
3
tabbies

## Table DP-1. Profile of General Demographic Characteristics: 2000

Geographic area: Evergreen city, Alabama

[For information on confidentiality protection, nonsampling error, and definitions, see text]

| Subject | Number | Percent | Subject | Number | Percent |
|---|---|---|---|---|---|
| **Total population. . . . . . . . . . . . . . . . . . . . . . . .** | **3,630** | **100.0** | **HISPANIC OR LATINO AND RACE** | | |
| | | | Total population. . . . . . . . . . . . . . . . . . . . . . . | **3,630** | **100.0** |
| **SEX AND AGE** | | | Hispanic or Latino (of any race). . . . . . . . . . . . . | 30 | 0.8 |
| Male. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,584 | 43.6 | Mexican. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | 0.3 |
| Female. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,046 | 56.4 | Puerto Rican. . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 0.1 |
| | | | Cuban. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | - | - |
| Under 5 years . . . . . . . . . . . . . . . . . . . . . . . | 249 | 6.9 | Other Hispanic or Latino . . . . . . . . . . . . . . | 15 | 0.4 |
| 5 to 9 years . . . . . . . . . . . . . . . . . . . . . . . . | 321 | 8.8 | Not Hispanic or Latino . . . . . . . . . . . . . . . . . . | 3,600 | 99.2 |
| 10 to 14 years . . . . . . . . . . . . . . . . . . . . . . . | 276 | 7.6 | White alone. . . . . . . . . . . . . . . . . . . . . . . . . | 1,664 | 45.8 |
| 15 to 19 years . . . . . . . . . . . . . . . . . . . . . . . | 267 | 7.4 | | | |
| 20 to 24 years . . . . . . . . . . . . . . . . . . . . . . . | 214 | 5.9 | **RELATIONSHIP** | | |
| 25 to 34 years . . . . . . . . . . . . . . . . . . . . . . . | 414 | 11.4 | Total population. . . . . . . . . . . . . . . . . . . . . . | **3,630** | **100.0** |
| 35 to 44 years . . . . . . . . . . . . . . . . . . . . . . . | 441 | 12.1 | In households. . . . . . . . . . . . . . . . . . . . . . . . | 3,551 | 97.8 |
| 45 to 54 years . . . . . . . . . . . . . . . . . . . . . . . | 495 | 13.6 | Householder. . . . . . . . . . . . . . . . . . . . . . . | 1,536 | 42.3 |
| 55 to 59 years . . . . . . . . . . . . . . . . . . . . . . . | 167 | 4.6 | Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . | 546 | 15.0 |
| 60 to 64 years . . . . . . . . . . . . . . . . . . . . . . . | 161 | 4.4 | Child. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,194 | 32.9 |
| 65 to 74 years . . . . . . . . . . . . . . . . . . . . . . . | 297 | 8.2 | Own child under 18 years . . . . . . . . . . | 902 | 24.8 |
| 75 to 84 years . . . . . . . . . . . . . . . . . . . . . . . | 216 | 6.0 | Other relatives . . . . . . . . . . . . . . . . . . . . . | 191 | 5.3 |
| 85 years and over . . . . . . . . . . . . . . . . . . . . | 112 | 3.1 | Under 18 years . . . . . . . . . . . . . . . . . . | 108 | 3.0 |
| Median age (years). . . . . . . . . . . . . . . . . . . | 36.7 | (X) | Nonrelatives . . . . . . . . . . . . . . . . . . . . . . . | 84 | 2.3 |
| | | | Unmarried partner. . . . . . . . . . . . . . . . | 46 | 1.3 |
| 18 years and over . . . . . . . . . . . . . . . . . . . | 2,612 | 72.0 | In group quarters . . . . . . . . . . . . . . . . . . . . . | 79 | 2.2 |
| Male. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,067 | 29.4 | Institutionalized population. . . . . . . . . . . . . . | 79 | 2.2 |
| Female. . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,545 | 42.6 | Noninstitutionalized population . . . . . . . . . . | - | - |
| 21 years and over . . . . . . . . . . . . . . . . . . . | 2,475 | 68.2 | | | |
| 62 years and over . . . . . . . . . . . . . . . . . . . | 721 | 19.9 | **HOUSEHOLD BY TYPE** | | |
| 65 years and over . . . . . . . . . . . . . . . . . . . | 625 | 17.2 | Total households. . . . . . . . . . . . . . . . . . . . . | **1,536** | **100.0** |
| Male. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 212 | 5.8 | Family households (families). . . . . . . . . . . . . . | 982 | 63.9 |
| Female. . . . . . . . . . . . . . . . . . . . . . . . . . . | 413 | 11.4 | With own children under 18 years . . . . . . . . | 487 | 31.7 |
| | | | Married-couple family . . . . . . . . . . . . . . . . | 546 | 35.5 |
| **RACE** | | | With own children under 18 years . . . . . . . | 196 | 12.8 |
| One race . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,612 | 99.5 | Female householder, no husband present . . . . . | 381 | 24.8 |
| White . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,678 | 46.2 | With own children under 18 years . . . . . . . | 268 | 17.4 |
| Black or African American . . . . . . . . . . . . . . | 1,916 | 52.8 | Nonfamily households . . . . . . . . . . . . . . . . . . | 554 | 36.1 |
| American Indian and Alaska Native . . . . . . . . | 7 | 0.2 | Householder living alone . . . . . . . . . . . . . . | 521 | 33.9 |
| Asian . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 0.2 | Householder 65 years and over . . . . . . . . | 239 | 15.6 |
| Asian Indian . . . . . . . . . . . . . . . . . . . . . . | 1 | - | | | |
| Chinese . . . . . . . . . . . . . . . . . . . . . . . . . | - | - | Households with individuals under 18 years . . . . . | 549 | 35.7 |
| Filipino . . . . . . . . . . . . . . . . . . . . . . . . . . | - | - | Households with individuals 65 years and over . . | 457 | 29.8 |
| Japanese. . . . . . . . . . . . . . . . . . . . . . . . . | - | - | | | |
| Korean . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | - | Average household size. . . . . . . . . . . . . . . . . . | 2.31 | (X) |
| Vietnamese. . . . . . . . . . . . . . . . . . . . . . . | - | - | Average family size. . . . . . . . . . . . . . . . . . . . | 2.97 | (X) |
| Other Asian [1] . . . . . . . . . . . . . . . . . . . . . | 5 | 0.1 | | | |
| Native Hawaiian and Other Pacific Islander. . . | 1 | - | **HOUSING OCCUPANCY** | | |
| Native Hawaiian. . . . . . . . . . . . . . . . . . . . | 1 | - | Total housing units. . . . . . . . . . . . . . . . . . . . | **1,860** | **100.0** |
| Guamanian or Chamorro . . . . . . . . . . . . . . | - | - | Occupied housing units . . . . . . . . . . . . . . . . . | 1,536 | 82.6 |
| Samoan . . . . . . . . . . . . . . . . . . . . . . . . . | - | - | Vacant housing units. . . . . . . . . . . . . . . . . . . | 324 | 17.4 |
| Other Pacific Islander [2] . . . . . . . . . . . . . . | - | - | For seasonal, recreational, or | | |
| Some other race . . . . . . . . . . . . . . . . . . . . . | 3 | 0.1 | occasional use . . . . . . . . . . . . . . . . . . . | 16 | 0.9 |
| Two or more races . . . . . . . . . . . . . . . . . . . . | 18 | 0.5 | | | |
| | | | Homeowner vacancy rate (percent). . . . . . . . . . | 3.5 | (X) |
| **Race alone or in combination with one** | | | Rental vacancy rate (percent). . . . . . . . . . . . . . | 15.5 | (X) |
| **or more other races:** [3] | | | | | |
| White . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,692 | 46.6 | **HOUSING TENURE** | | |
| Black or African American . . . . . . . . . . . . . . | 1,920 | 52.9 | Occupied housing units . . . . . . . . . . . . . . . . . | **1,536** | **100.0** |
| American Indian and Alaska Native . . . . . . . . | 20 | 0.6 | Owner-occupied housing units . . . . . . . . . . . . | 944 | 61.5 |
| Asian . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | 0.3 | Renter-occupied housing units . . . . . . . . . . . . | 592 | 38.5 |
| Native Hawaiian and Other Pacific Islander. . . . | 2 | 0.1 | | | |
| Some other race . . . . . . . . . . . . . . . . . . . . . | 4 | 0.1 | Average household size of owner-occupied units . | 2.32 | (X) |
| | | | Average household size of renter-occupied units . | 2.31 | (X) |

- Represents zero or rounds to zero.   (X) Not applicable.
[1] Other Asian alone, or two or more Asian categories.
[2] Other Pacific Islander alone, or two or more Native Hawaiian and Other Pacific Islander categories.
[3] In combination with one or more of the other races listed. The six numbers may add to more than the total population and the six percentages may add to more than 100 percent because individuals may report more than one race.

Source: U.S. Census Bureau, Census 2000.



Declaration of Jerome A. Gray

December 7, 2012

I, Jerome Gray, am a black resident and registered voter of the City of Evergreen. I am 74 years old. I served as State Field Director of the Alabama Democratic Conference from 1977 to 2006. In that capacity I gained substantial experience and expertise in state and local elections, laws and procedures, coupled with the opportunity to help draw scores of redistricting plans for many local governments.

At my request the two attached maps were prepared by Myles Mayberry and staff at Alabama State University's Demographic Research and Reapportionment Center, using computer redistricting technology. Both maps outline census blocks. The shaded map shows the proportion of total black population in each census block according to the 2010 census. Graphically, the shaded map shows clearly where the black and white population concentrations are within the city. Moreover, because the map shades and highlights the black percentage of each block, blocks with zero population are shaded all white.

On the un-shaded map that I've attached, it shows the total population in each census block, or the top number. The bottom number is the number of blacks in each census block. In my experience, such maps are produced and used routinely in the redistricting process.

I swear under penalty of perjury that that the foregoing statement is true and accurate to the best of my knowledge and belief.



Signed By





PLAINTIFF'S EXHIBIT

5

tabbies

Declaration of Jerome A. Gray

December 7, 2012

I, Jerome Gray, am a black resident and registered voter of the City of Evergreen. I am 74 years old. I served as State Field director of the Alabama Democratic Conference from 1977 to 2006. In that capacity I gained substantial experience and expertise in monitoring the results of state and local elections in Alabama, including the gathering and reviewing of election returns.

The attached information contains the certified election returns for the Evergreen Municipal elections in 2004 and 2008 which I obtained from the City Clerk, Ms. Becky Robinson.

The persons known by me to have been black candidates for mayor and in District 1 in the City of Evergreen in 2004 and 2008 include:

2004: Mayor-Larry W. Fluker and Alex Johnson

2004: City Council District 1 – Warrick Maye

2008: Mayor-Larry W. Fluker

2008: City Council District 1 – Warrick Maye

All other candidates for these offices were white persons.

I swear under penalty and perjury that the foregoing statement is true and accurate to the best of my knowledge and belief.

*Jerome A. Gray*

Signed by

## Resolution No. 09022008

**WHEREAS,** the general election for the City of Evergreen was duly and legally held on August 26, 2008, as provided by law, and

**WHEREAS,** the municipal governing body of the City of Evergreen met on this 2nd day of September 2008, all members thereof being present or a quorum thereof being present, at 11:00 o'clock a.m., and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

**WHEREAS,** the said municipal governing body has ascertained and determined the result of said election as follows:

### Mayor's Race

| Candidate | Dist 1 | Dist 2 | Dist 3 | Dist 4 | Dist 5 | Absentee | Total |
|---|---|---|---|---|---|---|---|
| Larry Fluker | 115 | 74 | 100 | 192 | 221 | 60 | 762 |
| Gerald Salter | 15 | 31 | 36 | 11 | 3 | 5 | 101 |
| Pete Wolff III | 135 | 217 | 219 | 37 | 65 | 18 | 691 |

**NOW, THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama, as follows:

That no candidate received a majority of the votes cast for the office of Mayor, and that Larry W. Fluker and Pete Wolff III received the most and second most votes cast for that office, therefore a runoff election between said candidates is hereby ordered to be held on Tuesday, October 7, 2008, pursuant to the requirements of Section 11-46-20 et seq., of the Alabama Code of 1975, as amended.

### Council District One

| Candidate | Dist 1 | Absentee | Total |
|---|---|---|---|
| Homer Chavers | 87 | 4 | 91 |
| Warrick E. Maye | 61 | 7 | 68 |
| John Skinner Jr. | 113 | 4 | 117 |

**NOW, THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama, as follows:

That no candidate received a majority of the votes cast for the office of Council District One, and that Homer Chavers and John Skinner Jr. received the most and second most votes cast for that office, therefore a runoff election between said candidates is hereby ordered to be held on Tuesday, October 7, 2008, pursuant to the requirements of Section 11-46-20 et seq., of the Alabama Code of 1975, as amended.

### Council District Two

| Candidate | Dist 2 | Absentee | Total |
|---|---|---|---|
| Diane F. Skipper | 187 | 5 | 192 |
| Jonathan Smith | 132 | 4 | 136 |

**NOW THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama, as follows:

That Diane F. Skipper received a majority of the votes cast for the office Council District Two and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

### Council District Three

| Candidate | Dist 3 | Absentee | Total |
|---|---|---|---|
| Joye S. Fordham | 110 | 7 | 117 |
| Nathan D. Strong | 33 | 0 | 33 |
| Luther Upton | 209 | 7 | 216 |

**NOW THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama as follows:

That Luther Upton received a majority of the votes cast for the office Council District Three and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

### Council District Four

| Candidate | Dist 4 | Absentee | Total |
|---|---|---|---|
| Vivian Rogers Fountain | 98 | 12 | 110 |
| Jennifer (Toni) Rabb | 60 | 9 | 69 |
| Helen C. Wiggins | 83 | 2 | 85 |

**NOW THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama as follows:

That no candidate received a majority of the votes cast for the office Council District Four, and that Vivian Rogers Fountain and Helen C. Wiggins received the most and second most votes cast for that office, therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, October 7, 2008, pursuant to the requirements of Section 11-46-20 et seq., of the Alabama Code of 1975, as amended.

## Council District Five

| Candidate | Dist 5 | Absentee | Total |
|---|---|---|---|
| Maxine M. Harris | 195 | 16 | 211 |
| Gilbert L. Lowe | 89 | 5 | 94 |

**NOW THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama as follows:

That Maxine M. Harris, received a majority of the votes cast for the office of Council District Five and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

**ADOPTED THIS 2nd DAY OF SEPTEMBER , 2008**

_____
**Larry W. Fluker, Mayor**

_____
**Maxine M. Harris, Councilmember**

_____
**Joye S. Fordham, Councilmember**

_____
**Homer Chavers**

_____
**Lynn Blackmon**

_____
**Tanisha Booker**

Resolution No. 10142008

**WHEREAS,** the general runoff election for the City of Evergreen was duly and legally held on October 7, 2008, as provided by law, and

**WHEREAS,** the municipal governing body of the City of Evergreen met on this 14th day of October 2008, all members thereof being present or a quorum thereof being present, at 11:00 o'clock a.m., and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

**WHEREAS,** the said municipal governing body has ascertained and determined the result of said election as follows:

### Mayor's Race

| Candidate | Dist 1 | Dist 2 | Dist 3 | Dist 4 | Dist 5 | Absentee | Prov. | Total |
|-----------|--------|--------|--------|--------|--------|----------|-------|-------|
| Larry Fluker | 155 | 95 | 127 | 237 | 265 | 144 (1023) | | |
| Pete Wolff lll | 183 | 276 | 273 | 53 | 86 | 154 (1025) | | |

**NOW, THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama, as follows:

That _____ received a majority of the votes cast for the office of Mayor and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

### Council District One

| Candidate | Dist 1 | Absentee | Prov | Total |
|-----------|--------|----------|------|-------|
| Homer Chavers | 120 | 24(144) | | |
| John Skinner Jr. | 212 | 32(244) | | |

**NOW, THEREFORE, BE IT RESOLVED** by the City Council of the City of Evergreen, Alabama, as follows:

That John Skinner Jr. received a majority of the votes cast for the office Council District One and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

Council District Four

| Candidate | Dist 4 | Absentee | Prov | Total |
|-----------|--------|----------|------|-------|
| Vivian Rogers Fountain | 182 | 35(217) | | |
| Helen C. Wiggins | 104 | 13(117) | | |

NOW THEREFORE, BE IT RESOLVED by the City Council of the City of Evergreen, Alabama as follows:

That Vivian Rogers Fountain, received a majority of the votes cast for the office of Council District Four and is hereby declared duly elected to that office for the term beginning on the first Monday in November, 2008.

ADOPTED THIS 14th DAY OF OCTOBER , 2008

_____
Larry W. Fluker, Mayor

_____
Maxine M. Harris, Councilmember

_____
Joye S. Fordham, Councilmember

_____
Homer Chavers

_____
Lynn Blackmon

_____
Tanisha Booker

Minutes of <u>Evergreen City Council</u>   Meeting <u>October 14, 2008</u>          Sheet No. <u>1</u>

The City Council of the City of Evergreen met in regular session at 11:00 a.m., Tuesday, October 14, 2008, in the City Hall.

Mayor Fluker called the meeting to order, welcomed the visitors and asked Reverend Willie H Merrill, Pastor of the New Beulah Missionary Baptist Church if he would open the meeting with prayer.

After the invocation, the roll was called and the following were found to be present:

| Mayor: | Larry W. Fluker |
|---|---|
| Councilmembers: | Joye Fordham |
| | Homer Chavers |
| | Lynn Blackmon |
| | Tanisha Booker |

Members absent: Maxine Harris

Mayor Fluker recognized a quorum and opened the meeting for the transaction of business.

Mayor Fluker presented the Agenda to the Councilmembers and asked if there were any additions or deletions:

* * * Agenda * * *

Councilmember Fordham moved to approve the Agenda. Councilmember Chavers seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

Mayor Fluker advised the first order of business is to Canvass the Results of the Election. He asked the Council to consider a 15 minute break between the canvassing of the results and the rest of the meeting in order for everyone to assemble in front of the City Hall for a brief time of statements. The Council was in agreement.

Mayor Fluker turned over the canvassing of the results of the election to City Attorney, Terry Davis. Attorney Davis went over the procedures for the provisional ballots that were cast in the October 7, 2008 election. Attorney Davis first opened the two big envelopes received from the Board of Registrars. One envelope contained the information concerning the provisional absentee ballots. Attorney Davis read the statement from the Board of Registrars concerning the absentee provisional ballots. The Board certified four of the five provisional ballots as being certified to be opened and counted. Attorney Davis then opened the other envelope from the

Minutes of ___Evergreen City Council___ Meeting ___October 14, 2008___   Sheet No. _2_

Board of Registrars which contained the provisional ballots from the polls. The Board of Registrars certified 4 of the 5 as being certified to be opened and counted. Attorney Davis then took the 2 ballots not certified and separated them from the ballots to be opened and counted. Attorney Davis explained that on the absentee ballots the affidavit envelope had to be executed properly to be valid. The voter had to fill it out, check the reason they were voting absentee and sign the affidavit and then have it notarized or witnessed by two people. He then proceeded to check the execution of the affidavit envelopes in the presence of both a poll watcher from Mayor Fluker and one from Mr. Pete Wolff III. One envelope was found not to be witnessed or notarized and Attorney Davis announced it could not be counted. One envelope had no reason checked as to why the individual voted absentee and Attorney Davis announced it could not be counted. He then removed the ballot envelope from the remaining two absentee provisional ballots and placed them with the remaining four ballots to be counted. Attorney Davis then called out the vote for each of the six ballots. In the Mayoral race there were five votes cast for Larry W. Fluker and one vote cast for Pete Wolff III. In the Council District One race there was one vote cast for Homer Chavers. Attorney Davis asked the City Clerk if she would read the results tallied with the votes from the Tuesday, October 7, 2008, runoff election. The Clerk announced that Larry W. Fluker had received 1023 votes in the October 7, 2008 runoff election and had 5 provisional ballot votes for a total of 1028. Pete Wolff III had received 1025 votes in the Tuesday, October 7, 2008 runoff election and had 1 provisional ballot vote for a total of 1026. Homer Chavers had received 144 votes in the October 7, 2008 runoff election and had 1 provisional ballot vote for a total of 145. Mayor Fluker then presented Resolution No. 10142008, Canvas of Runoff Election returns from the October 7, 2008, Evergreen Municipal Runoff Election.

    * * * Canvas of Runoff Election Resolution No. 10142008 * * *

Councilmember Blackmon moved to adopt Resolution No. 10142008. Councilmember Chavers seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

    Mayor Fluker advised the Council that in the Mayor's race, Larry W. Fluker received the majority of votes and that such candidate should serve in the position of Mayor beginning the first Monday in November 2008 and that such candidate should be issued a Certificate of Election. Councilmember Chavers moved to issue a Certificate of Election to Larry W. Fluker. Councilmember Blackmon seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

    Mayor Fluker advised the Council that in District One, John Skinner Jr. had received the majority of votes and that such candidate should serve in the position of Councilmember District One beginning the first Monday in November 2008 and that such candidate should be issued a Certificate of Election. Councilmember Chavers moved to issue a Certificate of Election to John

Minutes of <u>Evergreen City Council</u>   Meeting <u>October 14, 2008</u>                    Sheet No. 3

Skinner Jr.  Councilmember Blackmon seconded the motion.  Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

Mayor Fluker advised the Council that in District Four, Vivian Rogers Fountain received the majority of votes and that such candidate should serve in the position of Councilmember District Four beginning the first Monday in November 2008 and that such candidate should be issued a Certificate of Election.  Councilmember Fordham moved to issue a Certificate of Election to Vivian Rogers Fountain.  Councilmember Booker seconded the motion.  Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

Mayor Fluker then asked for a recess of the Council at 11:38 a.m.

Mayor Fluker called the meeting back to order at 11:50 a.m.

Mayor Fluker stated he wanted to skip the Mayor's Report and Comments for this meeting.

Mayor Fluker asked the Councilmembers to review the Accounts Payable.

Mayor Fluker asked the Councilmembers if they all received a copy of the minutes of the September 16, 2008 regular meeting and if so was there a motion to approve the minutes.  Councilmember Fordham moved to approve the minutes.  Councilmember Chavers seconded the motion.  Those voting in favor were Councilmembers Fordham, Chavers, Blackmon and Mayor Fluker.  Councilmember Booker abstained...

Mayor Fluker asked the Councilmembers if they all received a copy of the minutes of the October 2, 2008 Special meeting and if so was there a motion to approve the minutes.  Councilmember Chavers moved to approve the minutes.  Councilmember Fordham seconded the motion.  Those voting in favor were Councilmembers Fordham, Chavers, Blackmon and Mayor Fluker.  Councilmember Booker abstained.

Councilmember Fordham gave a brief report on the Library Project.  She advised that everything had been moved out of the Library into the old City Hall building and that the contractor is looking at a completion date of July 2009.

Mayor Fluker presented the September 2008 Payment by Vendor Report for signing and approval.  Councilmember Booker moved to approve the September 2008 Payment by Vendor Report.  Councilmember Fordham seconded the motion.  Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

Minutes of Evergreen City Council _____ Meeting October 14, 2008 _____ Sheet No. 4

Mayor Fluker presented the following travel expense to the Council for approval:

Matthew Hartley-Bay Minette Sewer School – Sept 30, 2008 $20.11
James Dukes-Bay Minette Sewer School-Sept 30, 2008 $8.75
Brian Edwards-Bay Minette Sewer School-Sept 30, 2008 $8.75
Carlos Stuart-Bay Minette Sewer School-Sept 30, 2008, $8.75
Jonas Claiborne-Destin Fl, Electrical School-October 7-9 $19.72
Jonas Claiborne-Destin Fl, Electrical School –October 7-9 $241.98 Lodging (Prepaid)

Councilmember Booker moved to approve the travel expense. Councilmember Fordham seconded the motion. Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, Booker and Mayor Fluker.

Mayor Fluker reminded the Council that Tuesday, October 21, 2008, is the next regular meeting date for the Council which would be one week from the present meeting. He asked if they wanted to get back on the regular schedule or move the meeting. The Council agreed to get back on the regular schedule and meet at 6:00 p.m. on October 21, 2008.

There being no further business to come before the Council at this time, Councilmember Blackmon moved to adjourn at 12:03 p.m.

APPROVED:

Larry W. Fluker, Mayor

ATTEST:

Peggy W. Howell, City Clerk

Resolution No. 082404
Canvassing Election Results

WHEREAS, the general election for the City of Evergreen was duly and legally held on August 24, 2004, as provided by law, and

WHEREAS, the municipal governing body of the City of Evergreen met on this 24th day of August, 2004, all members thereof being present, or a quorum thereof being present, at 9:15 o'clock p.m., and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said municipal governing body has ascertained and determined the result of said election as follows:

Mayor's Race

|  | Dist 1 | Dist 2 | Dist 3 | Dist 4 | Dist 5 | Absentee | | |
|---|---|---|---|---|---|---|---|---|
| Larry Fluker | 134 | 73 | 109 | 246 | 264 | 75 | = | 901 |
| Alex Johnson | 2 | 1 | 2 | 3 | 8 |  | = | 16 |
| Zebbie Nix | 16 | 39 | 25 | 0 | 12 | 10 | = | 102 |
| Pete Wolff | 123 | 206 | 243 | 30 | 71 | 31 | = | 704 |

NOW THEREFORE BE IT RESOLVED by the City Council of Evergreen, Alabama, as follows:

That _Larry Fluker_ received a majority of the votes cast for the office of Mayor, and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 2004.

Councilmember District One

|  |  | Absentee | | |
|---|---|---|---|---|
| Homer Chavers | 140 | 24 | = | 164 |
| Warrick Maye | 130 | 12 | = | 142 |

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Evergreen, Alabama, as follows:

That _Homer Chavers_ received a majority of the votes cast for the office of Councilmember, District One and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 2004.

Councilmember District Three

|  | | Absentee | Total |
|---|---|---|---|
| Joye Fordham | 124 | 12 | 136 |
| Harriet Hyde | 155 | 7 | 162 |
| Ruth Leonard | 39 | | 39 |
| Barbara Sims | 60 | | 60 |

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Evergreen, Alabama, as follows:

That no candidate received a majority of votes cast for the office of Councilmember District Three, and that _Harriett Hyde_ and _Joye Fordham_ received the most and second most votes cast for that office, therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 14, 2004, pursuant to the requirements of Section 11-46-20 et seq., of the Alabama Code of 1975, as amended.

ADOPTED THIS 24TH day of August, 2004.

_Lomax Cassady_
Lomax Cassady, Mayor

_Maxine Harris_
Maxine Harris

_Joye Fordham_
Joye Fordham

_Homer Chavers_
Homer Chavers

_Lynn Blackmon_
Lynn Blackmon

_Tanisha Booker_
Tanisha Booker

Minutes of <u>Evergreen City Council</u>   Meeting <u>September 14, 2004</u>                    Sheet No. <u>1</u>

The City Council of the City of Evergreen met in a special session at 8:10 p.m., September 14, 2004, in the City Hall.

Mayor Cassady called the meeting to order and the roll was called and the following were found to be present:

Mayor:                    Lomax Cassady
Councilmembers:           Joye Fordham
                          Homer Chavers
                          Lynn Blackmon
                          Maxine Harris

Members absent:  None

Mayor Cassady declared a quorum present and opened the meeting for the transaction of business.

Mayor Cassady advised the Council that the purpose of this meeting was to canvas the results of the Evergreen Municipal Runoff Election, held Tuesday, September 14, 2004.  Mayor Cassady presented Canvas of Election Resolution 091404.

* * * CANVAS OF ELECTION RESOLUTION 091404 * * *

Mayor Cassady stated that Joye Fordham had received the most votes for the District Three Council race.  Councilmember Chavers moved to adopt Resolution 091404.  Councilmember Blackmon seconded the motion.  Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, and Booker.

Mayor Cassady advised the Council that in District Three, Joye Fordham received the majority of votes and that such candidate should serve in the position of Councilmember District Three beginning the first Monday in October 2004 and that such candidate should be issued a Certificate of Election.  Councilmember Blackmon moved to issue a Certificate of Election to Joye Fordham. Councilmember Chavers seconded the motion.  Those voting in favor were Councilmembers Fordham, Chavers, Blackmon, and Booker.

There being no further business to come before the Council at this time, Councilmember Blackmon moved to adjourn at 8:15 p.m..

                    APPROVED: _____
                              Lomax Cassady, Mayor

ATTEST: _____
        Peggy W. Howell, City Clerk

Minutes of __Evergreen City Council__ , Meeting __August 24, 2004__                     Sheet No.__1__

The City Council of the City of Evergreen met in a special session at 9:00 p.m., August 24, 2004, in the City Hall.

Mayor Cassady called the meeting to order and the roll was called and the following were found to be present:

Mayor:                 Lomax Cassady
Councilmembers:           Maxine Harris
                        Joye Fordham
                         Homer Chavers
                        Lynn Blackmon
                          Tanisha Booker

Members absent:  None

Mayor Cassady declared a quorum present and opened the meeting for the transaction of business.

Mayor Cassady advised the Council that the purpose of this meeting was to canvas the results of the Evergreen General Municipal Election, held Tuesday, August 24, 2004. Mayor Cassady presented and read Canvas of Election Resolution 082404.

* * * CANVAS OF ELECTION RESOLUTION 082404 * * *

Mayor Cassady advised the Council there would be a runoff election in District Three between Joye Fordham and Harriet Hyde. Mayor Cassady stated that Homer Chavers had received the most votes for the District One Council race and that Larry Fluker had received the majority of votes in the Mayor's race and that there would not be a runoff for that position. Councilmember Booker moved to adopt Resolution 082404. Councilmember Harris seconded the motion. Those voting in favor were Councilmembers Harris, Fordham, Chavers, Blackmon, and Booker.

Mayor Cassady advised the Council that in District One, Homer Chavers received the majority of votes and that such candidate should serve in the position of Councilmember District One beginning the first Monday in October 2004 and that such candidate should be issued a Certificate of Election. Councilmember Booker moved to issue a Certificate of Election to Homer Chavers. Councilmember Harris seconded the motion. Those voting in favor were Councilmembers Harris, Fordham, Chavers, Blackmon, and Booker.