# EXHIBIT 1



User: janay13

Plan: Evergreen City Council Option 9

Date: Mon Feb 4 16:09:34 GMT-0600 2013

Plan No.: 148403

# Population Summary Report

| District No. | TOTAL Population | Target Population | Target Deviation | Target Deviation (%) | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | All individuals who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 798 | 789 | 9 | 1.14 | 247 | 513 | 0 | 2 | 0 | 33 | 3 |
| D2 | 777 | 789 | -12 | -1.52 | 516 | 245 | 3 | 3 | 0 | 7 | 3 |
| D3 | 795 | 789 | 6 | 0.76 | 421 | 363 | 2 | 4 | 0 | 1 | 4 |
| D4 | 778 | 789 | -11 | -1.39 | 88 | 676 | 0 | 0 | 0 | 2 | 12 |
| D5 | 796 | 789 | 7 | 0.89 | 101 | 665 | 1 | 0 | 0 | 24 | 5 |

| | |
|---|---|
| TOTAL Population: | 3,944 |
| Mean Target Population: | 789 |
| Mean Deviation: | 9 |
| Mean Percent Deviation: | 1.14 |
| Largest Positive Deviation: | 9 |
| Largest Negative Deviation: | -12 |
| Overall Range in Deviation: | 21 |
| Overall Range in Deviation Percentage: | 2.66 |

User: janay13

Plan: Evergreen City Council Option 9

Date: Mon Feb 4 16:11:28 GMT-0600 2013

Plan No.: 148403

## District Statistics Report

| District No. | TOTAL | Target Population | Target Deviation | Target Deviation (%) | Total (%) | White18 (%) | Black18 (%) | American Indian18/Alaskan Native18 (%) | Asian18 (%) | Hawaiian or Other Pacific Islander18 (%) | Other18 (%) | All individuals over 18 who chose two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 798 | 789 | 9 | 1.14 | 798 (100.00%) | 204 (25.56%) | 327 (40.98%) | 0 (0.00%) | 2 (0.25%) | 0 (0.00%) | 25 (3.13%) | 1 (0.13%) |
| D2 | 777 | 789 | -12 | -1.52 | 777 (100.00%) | 430 (55.34%) | 189 (24.32%) | 3 (0.39%) | 3 (0.39%) | 0 (0.00%) | 6 (0.77%) | 3 (0.39%) |
| D3 | 795 | 789 | 6 | 0.76 | 795 (100.00%) | 338 (42.52%) | 236 (29.69%) | 2 (0.25%) | 4 (0.50%) | 0 (0.00%) | 1 (0.13%) | 2 (0.25%) |
| D4 | 778 | 789 | -11 | -1.39 | 778 (100.00%) | 75 (9.64%) | 433 (55.66%) | 0 (0.00%) | 0 (0.00%) | 0 (0.00%) | 2 (0.26%) | 7 (0.90%) |
| D5 | 796 | 789 | 7 | 0.89 | 796 (100.00%) | 89 (11.18%) | 408 (51.26%) | 1 (0.13%) | 0 (0.00%) | 0 (0.00%) | 18 (2.26%) | 1 (0.13%) |

# Metes and Bounds Report

Plan Name: Evergreen City Council Option 9

User: janay13

Plan Number: 148403

Date Created: 02/25/2013

## District 1

Beginning at the most northerly point of District 1, thence southerly 0.26 miles along Thomas Road , thence southeasterly 1.82 miles along State Rte 83 , thence southwesterly 0.37 miles along Wild Ave , thence southwesterly 0.24 miles along Unnamed Local Road, thence southerly 0.86 miles along Wild Ave , thence northeasterly 0.21 miles along Unnamed Line, thence northeasterly 0.04 miles along Unnamed Local Road, thence northeasterly 0.14 miles along Unnamed Line, thence easterly 0.69 miles along Rural St , thence southwesterly 0.46 miles along Martin St , thence southerly 0.11 miles along Mimosa St , thence southwesterly 0.04 miles along US Hwy 31 , thence southeasterly 0.04 miles along Unnamed Local Road, thence southeasterly 0.07 miles along Unnamed Boundary, thence southwesterly 0.14 miles along Louisville and Nashville RR , thence northeasterly 0.25 miles along Oil St , thence southerly 0.32 miles along Pecan St , thence westerly 0.11 miles along Ave C , thence southerly 0.06 miles along Factory St , thence southerly 0.47 miles along Heading Mill Road , thence southerly 0.27 miles along Unnamed Boundary, thence southerly 0.17 miles along Unnamed Line, thence westerly 0.64 miles along Unnamed Boundary, thence northeasterly 0.00 miles along Unnamed Line, thence northerly 8.00 miles along Unnamed Boundary to the aforementioned point of beginning.

## District 2

Beginning at the most northerly point of District 2, thence easterly 0.16 miles along Unnamed Boundary, thence southerly 2.03 miles along Louisville and Nashville RR , thence southerly 0.09 miles along Elm St , thence southerly 0.01 miles along W McMillan St , thence southwesterly 0.06 miles along Unnamed Line, thence southwesterly 0.09 miles along Louisville and Nashville RR , thence easterly 0.01 miles along W Front St , thence southwesterly 0.17 miles along E Front St , thence southeasterly 0.05 miles along Cary St , thence southwesterly 0.11 miles along Deplous St , thence northwesterly 0.05 miles along Mill St , thence northeasterly 0.05 miles along E Front St , thence northwesterly 0.04 miles along Unnamed Local Road, thence southwesterly 0.04 miles along US Hwy 31 , thence northwesterly 0.14 miles along Cooper St , thence northeasterly 0.13 miles along Martin St , thence westerly 0.69 miles along Rural St , thence southwesterly 0.14 miles along Unnamed Line, thence southwesterly 0.04 miles along Unnamed Local Road, thence southwesterly 0.21 miles along Unnamed Line, thence northerly 0.86 miles along Wild Ave , thence northeasterly 0.24 miles along Unnamed Local Road, thence northeasterly 0.37 miles along Wild Ave , thence northwesterly 1.82 miles along State Rte 83 , thence northerly 0.26 miles along Thomas Road , thence easterly 2.29 miles along Unnamed Boundary to the aforementioned point of beginning.

## District 3

Beginning at the most northerly point of District 3, thence southeasterly 1.46 miles along Unnamed Boundary,

thence southerly 0.29 miles along Old Greenville Road , thence southerly 2.16 miles along Unnamed Boundary, thence northwesterly 0.36 miles along S Main St , thence northwesterly 0.95 miles along Brooklyn Road , thence northerly 0.30 miles along S Main St , thence westerly 0.28 miles along Drive Martin Luther King Jr Drive , thence westerly 0.01 miles along Cary St , thence westerly 0.14 miles along Drive Martin Luther King Jr Drive , thence westerly 0.13 miles along Cary St , thence northwesterly 0.01 miles along Park St , thence northwesterly 0.14 miles along Cary St , thence northeasterly 0.17 miles along E Front St , thence westerly 0.01 miles along W Front St , thence northeasterly 0.09 miles along Louisville and Nashville RR , thence northeasterly 0.06 miles along Unnamed Line, thence northerly 0.01 miles along W McMillan St , thence northerly 0.09 miles along Elm St , thence northerly 2.03 miles along Louisville and Nashville RR , thence easterly 0.42 miles along Unnamed Boundary to the aforementioned point of beginning.

## District 4

Beginning at the most northerly point of District 4, thence southeasterly 0.09 miles along Cary St , thence southeasterly 0.01 miles along Park St , thence easterly 0.13 miles along Cary St , thence easterly 0.14 miles along Drive Martin Luther King Jr Drive , thence easterly 0.01 miles along Cary St , thence easterly 0.28 miles along Drive Martin Luther King Jr Drive , thence southerly 0.30 miles along S Main St , thence southeasterly 0.95 miles along Brooklyn Road , thence southeasterly 0.36 miles along S Main St , thence westerly 2.45 miles along Unnamed Boundary, thence southwesterly 0.01 miles along Knoxville Road , thence northerly 1.46 miles along Bruner Ave , thence northerly 0.05 miles along Mill St , thence northeasterly 0.11 miles along Deplous St to the aforementioned point of beginning.

## District 5

Beginning at the most northerly point of District 5, thence southeasterly 0.14 miles along Cooper St , thence northeasterly 0.04 miles along US Hwy 31 , thence southeasterly 0.04 miles along Unnamed Local Road, thence southwesterly 0.05 miles along E Front St , thence southeasterly 0.10 miles along Mill St , thence southerly 1.45 miles along Bruner Ave , thence southwesterly 0.01 miles along Unnamed Line, thence westerly 0.36 miles along Unnamed Boundary, thence northerly 0.17 miles along Unnamed Line, thence northerly 0.27 miles along Unnamed Boundary, thence northerly 0.47 miles along Heading Mill Road , thence northerly 0.06 miles along Factory St , thence easterly 0.11 miles along Ave C , thence northerly 0.32 miles along Pecan St , thence southwesterly 0.25 miles along Oil St , thence northeasterly 0.14 miles along Louisville and Nashville RR , thence northwesterly 0.07 miles along Unnamed Boundary, thence northwesterly 0.04 miles along Unnamed Local Road, thence northeasterly 0.04 miles along US Hwy 31 , thence northerly 0.11 miles along Mimosa St , thence northeasterly 0.33 miles along Martin St to the aforementioned point of beginning.

# Evergreen City Council Option 9

**District 1**

District 1: Conecuh County: Tract 960400: Block Group 1: Block 33, Block 34, Block 35, Block 36, Block 37, Block 38, Block 74, Block 75, Block 76, Block 77, Block 82, Block 101; Block Group 2: Block 5, Block 6; Tract 960500: Block Group 1: Block 44, Block 45, Block 55, Block 56, Block 60, Block 61, Block 66, Block 67, Block 68, Block 69, Block 73, Block 74, Block 75, Block 76, Block 77, Block 78, Block 79, Block 80, Block 88, Block 89, Block 90, Block 91, Block 92, Block 93, Block 94, Block 95, Block 96, Block 97, Block 98; Block Group 2: Block 15; Tract 960600: Block Group 3: Block 40, Block 41, Block 45, Block 46.

**District 2**

District 2: Conecuh County: Tract 960500: Block Group 1: Block 30, Block 31, Block 32, Block 33, Block 34, Block 35, Block 36, Block 37, Block 46, Block 47, Block 48, Block 49, Block 50, Block 51, Block 52, Block 57, Block 58, Block 59, Block 62, Block 63, Block 64, Block 65; Block Group 2: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block 12, Block 13, Block 14, Block 16, Block 18, Block 19, Block 20, Block 21, Block 23, Block 24, Block 25, Block 26, Block 27, Block 28, Block 29, Block 30, Block 32; Tract 960600: Block Group 3: Block 30, Block 31.

**District 3**

District 3: Conecuh County: Tract 960500: Block Group 2: Block 22; Tract 960600: Block Group 1: Block 36, Block 39, Block 51, Block 52, Block 53, Block 54, Block 55, Block 56, Block 57, Block 58, Block 61, Block 62, Block 63, Block 64, Block 65, Block 66, Block 69, Block 70, Block 71, Block 72, Block 73, Block 76, Block 77, Block 78, Block 79, Block 81, Block 82, Block 83, Block 84; Block Group 3: Block 7, Block 10, Block 12, Block 13, Block 14, Block 15, Block 16, Block 17, Block 63, Block 64, Block 88.

**District 4**

District 4: Conecuh County: Tract 960600: Block Group 3: Block 9, Block 11, Block 18, Block 19, Block 20, Block 21, Block 22, Block 23, Block 24, Block 25, Block 26, Block 27, Block 28, Block 29, Block 50, Block 51, Block 52, Block 53, Block 54, Block 55, Block 56, Block 57, Block 58, Block 59, Block 60, Block 61, Block 62, Block 73, Block 74, Block 85, Block 86, Block 87, Block 91.

**District 5**

District 5: Conecuh County: Tract 960500: Block Group 1: Block 99; Block Group 2: Block 17, Block 31, Block 33; Tract 960600: Block Group 3: Block 32, Block 33, Block 34, Block 35, Block 36, Block 37, Block 38, Block 39, Block 42, Block 43, Block 44, Block 47, Block 48, Block 49, Block 89.