# EXHIBIT 2



User: janay13  
Date: Wed Feb 20 15:16:43 GMT-0600 2013

Plan: Evergreen City Council 2/20/13  
Plan No.: 148804

## Population Summary Report

| District No. | TOTAL Population | Target Population | Target Deviation | Target Deviation (%) | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | All individuals who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 812 | 789 | 23 | 2.92 | 282 | 486 | 1 | 1 | 0 | 39 | 3 |
| D2 | 768 | 789 | -21 | -2.66 | 482 | 272 | 2 | 3 | 0 | 7 | 2 |
| D3 | 795 | 789 | 6 | 0.76 | 421 | 363 | 2 | 4 | 0 | 1 | 4 |
| D4 | 778 | 789 | -11 | -1.39 | 88 | 676 | 0 | 0 | 0 | 2 | 12 |
| D5 | 791 | 789 | 2 | 0.25 | 100 | 665 | 1 | 1 | 0 | 18 | 6 |

TOTAL Population: 3,944  
Mean Target Population: 789  
Mean Deviation: 13  
Mean Percent Deviation: 1.60  
Largest Positive Deviation: 23  
Largest Negative Deviation: -21  
Overall Range in Deviation: 44  
Overall Range in Deviation Percentage: 5.58

User: janay13  
Plan: Evergreen City Council 2/20/13

Date: Wed Feb 20 15:22:32 GMT-0600 2013  
Plan No.: 148804

## District Statistics Report

| District No. | TOTAL | Target Population | Target Deviation | Target Deviation (%) | Total (%) | White18 (%) | Black18 (%) | American Indian18/Alaskan Native18 (%) | Asian18 (%) | Hawaiian or Other Pacific Islander18 (%) | Other18 (%) | All individuals over 18 who chose two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 812 | 789 | 23 | 2.92 | 812 (100.00%) | 240 (29.56%) | 319 (39.29%) | 1 (0.12%) | 1 (0.12%) | 0 (0.00%) | 29 (3.57%) | 2 (0.25%) |
| D2 | 768 | 789 | -21 | -2.66 | 768 (100.00%) | 398 (51.82%) | 183 (23.83%) | 2 (0.26%) | 3 (0.39%) | 0 (0.00%) | 6 (0.78%) | 1 (0.13%) |
| D3 | 795 | 789 | 6 | 0.76 | 795 (100.00%) | 338 (42.52%) | 236 (29.69%) | 2 (0.25%) | 4 (0.50%) | 0 (0.00%) | 1 (0.13%) | 2 (0.25%) |
| D4 | 778 | 789 | -11 | -1.39 | 778 (100.00%) | 75 (9.64%) | 433 (55.66%) | 0 (0.00%) | 0 (0.00%) | 0 (0.00%) | 2 (0.26%) | 7 (0.90%) |
| D5 | 791 | 789 | 2 | 0.25 | 791 (100.00%) | 85 (10.75%) | 422 (53.35%) | 1 (0.13%) | 1 (0.13%) | 0 (0.00%) | 14 (1.77%) | 2 (0.25%) |