IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAN ALLEN, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0496-CG |
| | ) |
| THE CITY OF EVERGREEN, | ) |
| ALABAMA, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

    This matter is before the Court on Plaintiffs' Motion for Entry of Plan and Election Schedule (Doc. 36). Defendants are **ORDERED** to respond to the motion no later than March 11, 2013. Said response shall contain specific objections (if any) demonstrating why the proposed plan fails to meet the standards for a court-imposed interim redistricting plan. Any reply by Plaintiffs shall be filed no later than March 15, 2013.

    Because the issues remaining to be decided in this action are before only a single judge and do not concern the three-judge panel assigned herein, the Clerk of Court is DIRECTED, once this order has been docketed, to copy all docket entries currently existing in this case into a newly-numbered case under the same style.

Any future pleadings and orders shall be docketed in the newly-numbered case unless they pertain to the injunction entered by the three-judge panel in this case.

**DONE** and **ORDERED** this 1st day of March, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE