IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAN ALLEN, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| vs. | )    CASE NO. 1:12-CV-00496-CG-KD-EC |
| | ) |
| CITY OF EVERGREEN, ALABAMA, | ) |
| et al., | ) |
| | ) |
|    Defendants. | ) |

**DEFENDANTS RESPONSE TO PLAINTIFFS' RENEWED MOTION
FOR ENTRY OF A COURT-ORDERED REDISTRICTING PLAN
AND SPECIAL ELECTION SCHEDULE AND THE COURT'S ORDER, DOC. NO. 37**

Come now defendants and in compliance with the Court order of March 1, 2013, *doc. no. 37*, acknowledge that the plan proposed by plaintiffs in their renewed motion, *doc. no. 36,* meets the standards for a court-imposed interim redistricting plan, except that it is not the choice of the Evergreen City Council. The only plan which the Evergreen City Council has adopted and which remains its choice is before the court as Exhibit 1 to doc. no. 21. Defendants deny, however, that a special election can be held within eight weeks, as proposed by plaintiffs, and ask the Court to refer this matter to the Special Master for a determination of when the election can feasibly be held.

227205.2

Respectfully submitted this 24th day of January 2013.

                                              *s/Dorman Walker*
                                              One of counsel for defendants

OF COUNSEL:
Dorman Walker (ASB-9154-R81J)
dwalker@balch.com
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101
334/269-3138
334/269-3115 (fax)

James H. Anderson
janderson@JAandP.com
Jesse Kirk Anderson
jkanderson@JAandP.com
Jackson, Anderson & Patty, P.C.
Post Office Box 1988
Montgomery, AL  36102
334/834-5311
334/834-5362 (fax)

## CERTIFICATE OF SERVICE

     I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served by United States Mail, properly addressed, and postage prepaid, to the following:

    A. Wesley Pitters
    Post Office Box 1973
    Montgomery, AL  36102

    John K. Tanner
    3743 Military Road, NW
    Washington, DC  20015

This the 24th day of January, 2013.

                                                *s/Dorman Walker*
                                                Of Counsel