IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAN ALLEN, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 13-107-CG-M |
| | ) |
| CITY OF EVERGREEN, | ) |
| ALABAMA, | ) |
| et. al., | ) |
| | ) |
|     Defendants. | |

## ORDER

This matter is before the court on Defendants' motion to alter or amend (Doc. 48), Plaintiffs' response and cross-motion for supplemental order (Doc. 50), and Defendants' reply (Doc. 51).  Two telephonic hearings were held in this matter on April 25, 2013, and April 29, 2013.  Upon consideration, and based on the representations by the parties and the Special Master, the court hereby **GRANTS** Defendants' motion to alter or amend (Doc. 48).  The date for the municipal election for the City of Evergreen is hereby scheduled for **June 18, 2013**.  The court **FURTHER ORDERS** that the parties will hereafter abide by all additional dates for the election and any needed run-off election as set out in the Special Master's affidavit attached to Defendants' motion (Doc. 48-1), with the exception that notice of the election will begin on **May 2, 2013,** rather than April 25, 2013.  The court notes that the qualifying period for candidates ended on April 8, 2013, and will not be re-opened.

    **DONE** and **ORDERED** this 29th day of April, 2013

                                        /s/  Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE