# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAN ALLEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 1-13-cv-00107-CG-M |
| | ) |
| CITY OF EVERGREEN, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT REPORT TO THE COURT

Come now the parties jointly and in compliance with the Court's endorsed order of August 6, 2013, *doc. 64*, move the Court for an additional two weeks, or by Thursday, November 7, 2013, in which to continue their efforts to settle plaintiffs' claims for fees, expenses, and costs. The parties have been engaged in settlement talks, and are hopeful of reaching a settlement.

Counsel for defendants is filing this report on behalf of all parties. Counsel for plaintiffs has reviewed and approved this filing, including this statement.

Respectfully submitted this 24th day of October, 2013.

*s/Dorman Walker*
One of counsel for defendants

231831.1

OF COUNSEL:
Dorman Walker (ASB-9154-R81J)
dwalker@balch.com
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101
334/269-3138
334/269-3115 (fax)

James H. Anderson
janderson@JAandP.com
Jesse Kirk Anderson
jkanderson@JAandP.com
Jackson, Anderson & Patty, P.C.
Post Office Box 1988
Montgomery, AL  36102
334/834-5311
334/834-5362 (fax)

Paul Richard Hartley
hartley@hartleyhickman.com
Hartley & Hickman
Post Office Box 583
Greenville, AL 36037-0583
334/382-6618
334/382-5183 (fax)

**CERTIFICATE OF SERVICE**

     I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served by United States Mail, properly addressed, and postage prepaid, to the following:

A. Wesley Pitters
Post Office Box 1973
Montgomery, AL  36102

John K. Tanner
3743 Military Road, NW
Washington, DC  20015

This the 24th day of October, 2013.

                                               *s/Dorman Walker*
                                               Of Counsel