IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAN ALLEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil No. 13 -00107-CG-M |
| | ) |
| CITY OF EVERGREEN, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

By the consent of the parties and under the authority of 42 U.S.C. § 1973$l$(e), defendant, the City of Evergreen, is **ORDERED** to pay fees and expenses to counsel for plaintiffs, John Tanner and Wesley Pitters, for the period from June 2012 through the entry of the final order[1], in the amounts of $119,893 to Mr. Tanner and $18,750 to Mr. Pitters, as follows:

| DATE | PAYMENT |
|---|---|
| Dec. 15 | $48,750  ($18,750 to Mr. Pitters and $30,000 to Mr. Tanner) |
| January 15 | $14,982 (to Mr. Tanner) |
| February 15 | $14,982 (to Mr. Tanner) |
| March 15 | $14,982 (to Mr. Tanner) |

---

[1] Pursuant to the agreement of the parties and the Consent Order to be entered, the Court will retain jurisdiction over the City of Evergreen under the authority of Section 3 of the Voting Rights Act of 1965. Nothing in this order limits the ability of counsel for plaintiffs to seek an award of fees, expenses, and costs which might be incurred after the entry of the Court's final order.

| April 15 | $14,982 (to Mr. Tanner) |
|---|---|
| May 15 | $14,982 (to Mr. Tanner) |
| June 15 | $14,984 (to Mr. Tanner) |

In addition it **ORDERED** that each party shall bear his, her or its own costs.

**DONE** and **ORDERED** this 2nd day of December, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE