IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAN ALLEN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 13-0107-CG-M |
| CITY OF EVERGREEN, ALABAMA, et al., | ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the order granting summary judgment and granting motion for relief under Section 3 of the Voting Rights Act (Doc. 82), it is

**ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiffs Dan Allen, Bobby Watkins and Alberta Lee, and against The City of Evergreen, Alabama, Pete Wolff III, Luther Upton, Diane Skipper, John Skinner, Jr., Vivian Fountain and Maxine Harris, Counsel members of the City of Evergreen, and Becky B. Robinson, City Clerk for the City of Evergreen as to Claims III and IV of the Complaint and as to the Section 3 of the Voting Rights Act claim as set forth in the order granting such relief.

There being no further issues pending before the court, this action is closed. The court retains jurisdiction for the purposes stated in the order referenced above (Doc. 82).

**DONE and ORDERED** this 13th day of January, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE